IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SCOTT TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-708C |
| v. | ) | (Judge Lettow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR
AN ENLARGEMENT OF TIME TO FILE ANSWER

Pursuant to Rule 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day enlargement of time, through and including October 13, 2005, within which to file its response to the complaint. Our response is currently due on August 29, 2005. This is our first request for an enlargement of time for this purpose. Counsel for the Government contacted the plaintiff through its counsel and he indicated that plaintiff does not oppose this motion.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the United States Department of Agriculture, Forest Service as required by 28 U.S.C. § 520. Agency counsel has stated that he is working diligently to complete the litigation report and that it will be provided to the undersigned within the next 45 days. The additional time is necessary to allow sufficient time for agency counsel to complete the litigation report and for counsel to review the litigation report and prepare the Government's response to the complaint.

For these reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Lindsay E. Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

August 29, 2005

Attorneys for Defendant