# In the United States Court of Federal Claims

**NOTICE**

**SCOTT TIMBER, INC.**

**No. 05-708 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., August 30, 2005**

To Attorney of Record, Assistant Attorney General, and Judge Lettow:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed August 29, 2005, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

Brian Bishop, Clerk