IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SCOTT TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-708C |
| v. | ) | (Judge Lettow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR
AN ENLARGEMENT OF TIME TO FILE ANSWER

Pursuant to Rule 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 50-day enlargement of time, through and including December 2, 2005, within which to file its response to the complaint. Our response is currently due on October 13, 2005. This is our second request for an enlargement of time for this purpose; the Court previously granted an enlargement of 45 days. Counsel for the Government contacted the plaintiff through its counsel and he indicated that plaintiff does not oppose this motion.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the United States Department of Agriculture, Forest Service, as required by 28 U.S.C. § 520. This is due to several factors.

First, in the past month, many agency personnel were detailed to the Hurricane Katrina and Rita sites to provide disaster relief. They have just recently returned to their offices in Oregon. Because this case involves three separate sales, the litigation report will be quite voluminous and will take more time than usual to compile.

Additionally, the agency is currently preparing responses to discovery in Scott Timber,

Inc. v. United States, case no. 05-604C, and Swanson Group, Inc. v. United States, case no. 05-170C, which is consolidated with Swanson Group Inc. v. United States, case no. 05-171C. The same agency counsel and many of the same agency personnel are assigned to those cases as well as this case. Thus, their workload is heavy at the moment.

Further, the undersigned will be out of the office October 14-19, 2005 and November 3-13, 2005, and has bid protest duty from November 14-24, 2005.

The undersigned and agency counsel are working together to ensure that the litigation report will be completed no later than November 18, 2005, and that it will be provided to the undersigned immediately thereafter. The additional time is necessary to allow sufficient time for agency counsel to complete the litigation report and for counsel to review the litigation report and prepare the Government's response to the complaint.

For these reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Lindsay E. Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

October 13, 2005 Attorneys for Defendant