IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: October 14, 2005)

SCOTT TIMBER, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Motion for an Enlargement of Time to File Answer. It is unopposed by the plaintiff. Good cause having been shown, defendant's motion is GRANTED. Defendant shall respond to plaintiff's complaint on or before December 2, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge