IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: January 24, 2006)

SCOTT TIMBER, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

A status conference shall be held on February 10, 2006, at 10:00 a.m., at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom in which the hearing will be held shall be posted in the lobby of the building.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge