IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: February 9, 2006)

SCOTT TIMBER, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Due to a medical emergency suffered by plaintiff's counsel, the status conference scheduled for February 10, 2006, at 10:00 a.m., is cancelled. The status conference shall be rescheduled for a later date and time convenient for all parties.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge