IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: February 28, 2006)

SCOTT TIMBER, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

A telephonic status conference shall be held on March 22, 2006, at 2:00 p.m. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge