IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: March 22, 2006)

SCOTT TIMBER, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court acknowledges the Joint Preliminary Status Report filed by the parties on January 23, 2006. A status conference was held on March 22, 2006.

Good cause having been shown, the parties' joint request to bifurcate the trial into separate phases addressing liability and damages is GRANTED. Defendant's suggestion that discovery be suspended pending the completion of discovery on liability in a related matter is not adopted. The parties shall file a Joint Status Report on or before April 7, 2006 proposing a schedule by which to complete discovery.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge