IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: April 12, 2006)

SCOTT TIMBER, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court acknowledges the Joint Status Report, filed April 7, 2006. In that Report, the parties proposed a schedule for discovery. The court adopts that schedule, as follows:

| Event | Deadline |
|---|---|
| Fact discovery on liability | September 5, 2006 |
| Exchange of expert reports | October 3, 2006 |
| Exchange of rebuttal expert reports | October 24, 2006 |
| Depositions of expert witnesses | November 15, 2006 |

The parties are requested to provide a Joint Status Report on or before December 1, 2006.

Furthermore, the court accepts the joint stipulation that the parties included in their Joint Status Report. Therefore, all of the deposition transcripts and documents obtained by plaintiffs in discovery in *Blue Lake Forest Products, Inc., et al. v. United States*, Nos. 01-570C, 01-627C, 04-501C, may be used by the parties in the instant action as if those depositions had been taken in the instance action and as if those documents had been obtained by discovery in the instant action, subject to any evidentiary objections which either party may raise, which would have been available had those depositions been taken in the instant action or had those documents been obtained through discovery in the instant action.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge