IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: July 5, 2006)

SCOTT TIMBER, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion to Amend Court's Scheduling Order of April 12, 2006, filed June 30, 2006. Defendant seeks an enlargement of twenty-five days within which to complete fact discovery on liability. The current deadline for fact discovery on liability is September 5, 2006. For good cause shown, the motion is GRANTED.

The schedule for future proceedings in this case, as originally set forth in the court's Order of April 12, 2006, is therefore amended, as follows:

| Event | Deadline |
|---|---|
| Fact discovery on liability | September 29, 2006 |
| Exchange of expert reports | October 20, 2006 |
| Exchange of rebuttal expert reports | November 6, 2006 |
| Depositions of expert witnesses | November 21, 2006 |

The parties are requested to provide a Joint Status Report on or before December 1, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge