IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: September 29, 2006)

SCOTT TIMBER, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant,

SCHEDULING ORDER

Pending before the court is the parties' joint motion, filed September 28, 2006, to amend the scheduling order this court issued April 12, 2006 and amended July 5, 2006. The parties seek to extend the deadlines for fact discovery on liability, exchange of expert reports, exchange of rebuttal expert reports, depositions of expert witnesses, and filing of a joint status report. The parties represent that volume of discovery necessary for this case substantially exceeds what the parties initially anticipated. The parties also note their respective counsels' obligations in other matters.

For good cause shown, the court GRANTS the parties' request. The scheduling order the court issued on April 12, 2006, and amended July 5, 2006, is hereby amended as follows:

| | Previous Deadline | Amended Deadline |
|---|---|---|
| Fact discovery on liability | September 29, 2006 | January 11, 2007 |
| Exchange of expert reports | October 20, 2006 | February 15, 2007 |
| Exchange of rebuttal expert reports | November 6, 2006 | March 14, 2007 |

| | | |
|---|---|---|
| Depositions of expert witnesses | November 21, 2006 | April 18, 2007 |
| Filing of joint status report | December 1, 2006 | May 1, 2007 |

The scheduling order this court issued April 12, 2006, as amended by this court's order of July 5, 2006, shall otherwise remain in effect.

It is so ORDERED.

s/ Charles F. Lettow
Judge