G.B.S.
2093

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SCOTT TIMBER CO.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 05-708C<br>(Judge Lettow) |

## JOINT MOTION TO AMEND THE COURT'S SCHEDULING ORDER OF SEPTEMBER 29, 2006

On September 29, 2006, the Court amended the pre-trial schedule in this action to provide for the following dates:

| Event | Deadline |
|---|---|
| Fact Discovery on Liability | January 11, 2007 |
| Exchange of Expert Reports | February 15, 2007 |
| Exchange of Rebuttal Expert Reports | March 14, 2007 |
| Deposition of Expert Witnesses | April 18, 2007 |

The parties are requested to file a Joint Status Report on or before May 1, 2007.

For the reasons set forth more fully below, the parties request that the Court amend its September 29, 2006 scheduling order to allow approximately 60 additional days for the completion of foregoing pre-trial matters as follows:

| Event | Deadline |
|---|---|
| Fact Discovery on Liability | March 23, 2007 |
| Exchange of Expert Reports | April 27, 2007 |
| Exchange of Rebuttal Expert Reports | May 18, 2007 |
| Deposition of Expert Witnesses | June 22, 2007 |

The parties are requested to file a Joint Status Report on or before June 29, 2007.

This is the parties' third request for enlargement of these deadlines.

Since the Court's scheduling order of September 29, 2006, the parties have continued to engage in intensive written discovery and exchange of documents in this case which involves a consolidation of multiple breaches of contract claims involving three Forest Service timber sales. Plaintiff has reviewed defendant's interrogatory responses and document production for completeness and has some concerns to resolve with defendant; otherwise, a motion to compel will be required. The parties' discussions in this regard are ongoing. On August 17, 2006, defendant served its first set of interrogatories and first request for production of documents. Plaintiff has served its response to these discovery requests on defendant and has offered to make documents available for defendant's inspection and copying. The parties have scheduled a document production for this purpose to take place on December 11, 2006. In addition, the parties have scheduled depositions of fact witnesses for January 3-5 and 8-11, 2007.

Both parties still anticipate scheduling depositions for expert witnesses in connection with the trial on liability, but the parties need to complete their analyses of the documents

produced by the other party and the depositions of fact witnesses before doing so. The volume of responsive documents and potential witnesses involved in discovery has substantially exceeded the amounts initially anticipated by both parties.

In addition, plaintiff's counsel of record is currently committed to depositions required under Court ordered discovery deadlines in Trinity River Lumber Co. v. United States, COFC No. 02-943C, during December 11-15, 2006 and the completion of all discovery in that case by January 12, 2007. (The parties in Trinity River Lumber Co. have recently requested a three-week extension of this deadline, but each party has indicated that the time is needed for follow-up discovery. Thus, any time extension granted will not significantly impact plaintiff's and defendant's need for additional time to complete discovery in this case.)

Defendant's counsel of record has dispositive motions deadlines in two cases, Marina Waterside, v. United States,, COFC No. 06-497C (motion due December 22, 2006), and Grot, Inc., v. United States, COFC No. 03-1951C (motion due December 29, 2006). In addition, she is responsible for filing the Government's brief in a case pending in the United States Court of Appeals for the Federal Circuit in Sweeney v. United States, Docket No. 2007-3014 (the Government has requested a deadline of January 17, 2007 for this brief).

For each of the foregoing reasons, the parties request that the Court's scheduling order of September 29, 2006 be amended as indicated above.

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 – facsimile

Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

OF COUNSEL:
JAMES ALEXANDER
Associate Regional Attorney
USDA-OGC, Pacific Region

s/Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 616-0341
Fax: (202) 514-8624

Dated: December 8, 2006

Counsel for Defendant

F:\Files\SHARE\FLWP20\SCOTT\S&M\FS-Pigout\Joint Motion to Amend Court's Scheduling Order of 9.29.06.doc