IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: December 14, 2006)

SCOTT TIMBER, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant,

AMENDED SCHEDULING ORDER

Pending before the court is the parties' joint motion, filed December 9, 2006, to amend the scheduling order this court issued April 12, 2006 and amended July 5, 2006, and September 29, 2006. The parties seek to extend the deadlines for fact discovery on liability, exchange of expert reports, exchange of rebuttal expert reports, depositions of expert witnesses, and filing of a joint status report. The parties represent that volume of discovery necessary for this case substantially exceeds what the parties initially anticipated. The parties also note their respective counsels' obligations in other matters.

For good cause shown, the court GRANTS the parties' request. The scheduling order the court issued on April 12, 2006, and amended July 5, 2006, and September 29, 2006, is hereby further amended as follows:

| | Previous Deadline | Amended Deadline |
|---|---|---|
| Fact discovery on liability | January 11, 2007 | March 23, 2007 |
| Exchange of expert reports | February 15, 2007 | April 27, 2007 |

| | | |
|---|---|---|
| Exchange of rebuttal expert reports | March 14, 2007 | May 18, 2007 |
| Depositions of expert witnesses | April 18, 2007 | June 22, 2007 |
| Filing of joint status report | May 1, 2007 | June 27, 2007 |

The scheduling order this court issued April 12, 2006, as amended by this court's order of July 5, 2006, and September 29, 2006, shall otherwise remain in effect.

It is so ORDERED.

s/ Charles F. Lettow
Judge