IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: March 7, 2007)

SCOTT TIMBER, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant,

AMENDED SCHEDULING ORDER

Pending before the court is the parties' joint motion, filed March 2, 2007, to amend the scheduling order this court issued December 14, 2006. The parties seek to extend the deadlines for fact discovery on liability, exchange of expert reports, exchange of rebuttal expert reports, depositions of expert witnesses, and filing of a joint status report.

The court **GRANTS** the parties' request. The scheduling order the court issued on December 14, 2006, is amended as follows:

| | Previous Deadline | Amended Deadline |
|---|---|---|
| Fact discovery on liability | March 23, 2007 | April 6, 2007 |
| Exchange of expert reports | April 27, 2007 | May 11, 2007 |
| Exchange of rebuttal expert reports | May 18, 2007 | June 1, 2007 |
| Depositions of expert witnesses | June 22, 2007 | July 6, 2007 |
| Filing of joint status report | June 27, 2007 | July 13, 2007 |

It is so **ORDERED**.

s/ Charles F. Lettow
Judge