**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SCOTT TIMBER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-708C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT AND**
**JOINT MOTION TO AMEND SCHEDULE**

The Court's amended scheduling order dated March 7, 2007 currently provides that depositions of expert witnesses must be concluded by July 6, 2007 and the parties are to file a Joint Status Report by July 13, 2007. However, the parties have recently begun settlement discussions which have the possibility of resolving this case without further litigation. The parties anticipate that they will know whether a mutually agreeable settlement can be reached by mid-August 2007.

Accordingly, the parties jointly move that discovery be suspended in this case until August 20, 2007. On or before August 20, 2007 the parties will file a Joint Status Report with the Court informing the Court of their settlement progress and, if settlement is not likely, recommending a schedule for the completion of depositions of expert witnesses.

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 – facsimile

Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kathryn A. Bleecker
Assistant Director

OF COUNSEL:
MARCUS R. WAH
Associate Regional Attorney
USDA-OGC, Pacific Region

s/Joan M. Stentiford
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
8th Floor
Washington, D.C. 20530
(202) 616-0341
(202) 514-8624 – facsimile

June 6, 2007

Attorneys for Defendant