IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: June 7, 2007)

SCOTT TIMBER, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

The court acknowledges the filing of a joint status report by the parties on June 6, 2007, as requested by this court in its order of March 7, 2007. The parties inform the court that they have commenced settlement discussions.

In the report, the parties have included a joint motion requesting that discovery be stayed until August 20, 2007. By that date, the parties propose filing a joint status report that (1) will inform the court of the progress of discussions by the parties toward settlement and (2) may recommend a revised schedule for discovery.

The joint motion is **GRANTED IN PART**. The schedule adopted by this court's order of December 14, 2006, and amended on March 7, 2007, shall be further amended as follows:

| | Previous Deadline | New Deadline |
|---|---|---|
| Depositions of expert witnesses | July 6, 2007 | October 9, 2007 |
| Filing of joint status report | July 13, 2007 | October 29, 2007 |

It is so **ORDERED**.

s/ Charles F. Lettow
Judge