IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: October 30, 2007)

SCOTT TIMBER, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court acknowledges the filing of a joint status report by the parties on October 29, 2007, as requested by this court in its order of June 7, 2007. The parties inform the court that they are continuing settlement discussions and exchanging documents for the purpose of negotiating an agreement.

In the report, the parties propose to file a joint status report by November 27, 2007 that will inform the court of the progress of discussions toward settlement. The court adopts the parties' proposal. The schedule adopted by this court's order of June 7, 2007 shall be further amended as follows:

| | Previous Deadline | New Deadline |
|---|---|---|
| Filing of joint status report | October 29, 2007 | November 27, 2007 |
| Completion of expert discovery | October 9, 2007 | January 7, 2008 |

It is so **ORDERED**.

s/ Charles F. Lettow
Judge