IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: December 13, 2007)

SCOTT TIMBER, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

The court acknowledges the filing of a joint status report by the parties on November 27, 2007, as requested by this court in its order of October 30, 2007. The parties inform the court that they are continuing settlement discussions and exchanging documents for the purpose of negotiating an agreement.

In the report, the parties request that the deadline for the completion of expert discovery be extended from January 7, 2008 to January 11, 2008. The parties also propose to file another joint status report by December 27, 2007, informing the court of the progress of discussions toward settlement. The court adopts the parties' proposal. The schedule adopted by this court's order of October 30, 2007 is amended as follows:

| | Previous Deadline | New Deadline |
|---|---|---|
| Filing of joint status report | November 27, 2007 | December 27, 2007 |
| Completion of expert discovery | January 7, 2008 | January 11, 2008 |

A status conference (telephonic) shall be held on January 15, 2008, commencing at 10:00 a.m.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge