**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SCOTT TIMBER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-708C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order filed December 13, 2007, the parties submit this joint status report.

On November 27, 2007, the parties submitted a joint status report informing the Court that the parties were continuing to exchange information and settlement proposals. Plaintiff's last proposal for settlement was submitted to the Government on December 18, 2007. The Government had indicated to plaintiff that it intends to respond but due to the difficulty in reaching authorized personnel in the holiday season it has not been able to do so.

Although the time required by each party to analyze and respond to the settlement proposals of the other party has taken longer than anticipated, the parties continue to believe that settlement of this case is possible and progress towards that end has been made. In order to continue this process and in light of the difficulty in reaching authorized personnel in the holiday season, the parties request that the Court allow them additional time and amend its order of

December 13, 2007 to provide that the time within which the Government may take plaintiff's expert witnesses deposition shall be stayed to and including February 8, 2008, and the parties shall file a joint status report on or before February 22, 2008, informing the Court of the progress of their settlement discussions. If, at that time, the parties believe that settlement is unlikely, the parties request a telephonic status conference at 10:00am on February 26, 2008 to determine an appropriate schedule for resolving this case.

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

OF COUNSEL:
Marcus Wah
USDA-OGC, Pacific Region

s/Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 616-0341
Fax: (202) 514-8624

Dated: December 21, 2007

Counsel for Defendant