IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: January 2, 2008)

SCOTT TIMBER, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

The court acknowledges the filing of a joint status report by the parties on December 21, 2007, as requested by this court in its order of December 13, 2007. The parties inform the court that they are continuing settlement discussions and exchanging documents for the purpose of negotiating an agreement.

In the report, the parties request that the deadline for the completion of expert discovery be extended from January 11, 2008 to February 8, 2008. The parties also propose to file another joint status report by February 22, 2008, informing the court of the progress of discussions toward settlement. The court adopts the parties' proposal. The schedule adopted by this court's order of December 13, 2007 is amended as follows:

| | Previous Deadline | New Deadline |
|---|---|---|
| Completion of expert discovery | January 11, 2008 | February 8, 2008 |
| Filing of joint status report | December 27, 2007 | February 22, 2008 |

A telephonic status conference shall be held on February 26, 2008, commencing at 10:00 a.m.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge