IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: January 7, 2008)

SCOTT TIMBER, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

REVISED SCHEDULING ORDER

The scheduling order issued on January 2, 2008 provided that a telephonic status conference shall be held on February 26, 2008, commencing at 10:00 a.m. The date of the telephonic status conference must be changed. The status conference will be held on Wednesday, February 27, 2008, commencing at 10:00 a.m. The court will initiate the call.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge