IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: February 27, 2008)

| | |
|---|---|
| SCOTT TIMBER, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

SCHEDULING ORDER

During a telephonic status conference held today, the court established the following schedule for further proceedings in this matter.

On or before March 12, 2008, the parties shall submit a joint status report regarding arrangements for trial.

On March 14, 2008, the court will hold a status conference commencing at 10:00 a.m. at the National Courts Building in Washington, D.C.

On June, 20, 2008, the court will hold a pre-trial conference commencing at 10:00 a.m., also at the National Courts Building.

Trial on liability issues in this case will be held from June 26 through July 16, 2008, except that trial will not be held on July 3 and 4, 2008. The place(s) of trial will be determined at the status conference to be held on March 14, 2008.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge