**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SCOTT TIMBER CO., Plaintiff, v. THE UNITED STATES, Defendant. | ) ) ) ) ) ) ) ) ) | Case No. 05-708C (Judge Lettow) |

**<u>JOINT STATUS REPORT</u>**

In accordance with the Court's order entered February 27, 2008, parties provide this joint status report recommending arrangements for trial.

1. The Court has scheduled a pre-trial conference for June 20, 2008 and the trial of this case to commence on June 26, 2008.

2. Plaintiff recommends that the location of the trial be in the District of Columbia. Plaintiff's counsel believes that the majority of witnesses would have to travel to Portland, Oregon or the District of Columbia for the trial. Some of plaintiff's witnesses do live in the Portland area, but others live in the District of Columbia area, Arizona and Florida, among other locations outside of Portland, Oregon. However, wherever trial is held, it is plaintiff's very strong preference that the entire trial be conducted in one location. Changing locations in mid-trial would be very disruptive and time consuming, especially over the Fourth of July holiday.

3. The Court indicated that it intended to begin the trial in Washington, D.C. for the period June 26, 2008 to July 2, 2008. Defendant recommends that the remainder

of the trial be conducted in Portland, Oregon, as that is where the majority of the witnesses are located. Alternatively, defendant recommends that the entire trial be conducted in Portland, Oregon.

4. Counsel for each party agrees to accept service of trial subpoenas for any of that party's current employees or former employees who have consented to representation by counsel for that party.

5. On April 16, 2008, the parties shall exchange exhibit and witness lists as indicated in Appendix A.VI (13). Unless previously exchanged, counsel for the parties shall exchange a copy of each exhibit listed.

6. On May 2, 2008, the plaintiff shall file its Memorandum of Contentions of Fact and Law, plaintiff's witness list and plaintiff's list of exhibits.

7. On May 30, 2008, defendant shall file its Memorandum of Contentions of Fact and law, defendant's witness list and defendant's exhibit list.

8. Any objection to a witness or exhibit under Paragraph 13 of Appendix A.VI shall be made in each party's Memorandum of Contentions of Fact and Law or in a separate motion filed on the same date. To the extent possible, the parties request that the Court rule on all issues of admissibility at the pre-trial conference on June 20, 2008.

9. Any motions in limine shall be filed no later than June 6, 2008.

10. Any joint stipulations of fact shall be filed no later than June 24, 2008.

Respectfully submitted,

s/Gary G. Stevens
GARY G. STEVENS
Saltman & Stevens P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
Phone: (202) 452-2140
Fax: (202) 775-8217

Attorney for Plaintiff

JEFFREY S. BUCHOLTZ
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

OF COUNSEL:
MARCUS R. WAH
Associate Regional Attorney
USDA-OGC, Pacific Region

March 12, 2008

Attorneys for Defendant