IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: March 14, 2008)

SCOTT TIMBER, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

During a status conference held today, the court established the following schedule for further proceedings in this matter. This schedule includes amendments to the court's scheduling order of February 27, 2008.

On April 16, 2008, the parties shall exchange exhibit and witness lists as indicated in Appendix A ¶ 13. Unless previously exchanged, counsel for the parties shall exchange a copy of each exhibit listed.

On May 2, 2008, the plaintiff shall file its Memorandum of Contentions of Fact and Law, plaintiff's witness list and plaintiff's list of exhibits. On May 30, 2008, defendant shall file its Memorandum of Contentions of Fact and law, defendant's witness list and defendant's exhibit list.

Any motions in limine shall be filed no later than June 6, 2008. Joint stipulations of fact shall be filed no later than June 24, 2008.

On June, 20, 2008, the court will hold a pre-trial conference commencing at 10:00 a.m. at the National Courts Building in Washington, D.C.

Trial on liability issues in this case will be held from June 30 through July 18, 2008, except that trial will not be held on July 3 and 4, 2008. From June 30 through July 2, trial will be held at the National Courts Building. From July 7 through July 18, trial will be held in Portland, Oregon, provided that a courtroom is available there.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge