**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SCOTT TIMBER COMPANY, Plaintiff, | ) | |
| v. | ) | No. 05-708C (Judge Lettow) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**JOINT CERTIFICATION PURSUANT TO APPENDIX A, PARAGRAPH 13(d)**

Pursuant to Appendix A, Paragraph 13(d), the parties certify that they met by telephone, corresponded by email and have accomplished the following:

1. The parties have exchanged preliminary exhibit and witness lists as required by Paragraph 13 of Appendix A and reached an agreement, subject to the approval of the Court, that each party may have until it files its memorandum of contentions of fact and law (May 2, 2008 for plaintiff, May 30, 2008 for defendant) to file its final exhibit and witness lists with the Court and serve same on the opposing party. The parties further agreed, subject to the approval of the Court, that they would supplement these lists by filing final lists of rebuttal witnesses and rebuttal exhibits with the Court and serving same on the opposing party on June 6, 2008. All service of pre-trial material is to be by electronic mail, facsimile or hand-delivery on the due date.

2. Subject to the approval of the Court, the parties agreed to file motions stating their objections to witnesses or exhibits on June 10, 2008, with responses due June 17, 2008. No further replies to be permitted without leave of Court.

3. The pre-trial schedule currently requires all motions in limine to be filed by June 6, 2008. Subject to the approval of the Court, the parties have agreed that responses to any such motions must be filed by June 13, 2008 and replies to responses by June 17, 2008.

4. Counsel for plaintiff disclosed to counsel for defendant his intention to file a motion for leave to file excerpts of transcripts of depositions for introduction at trial. Counsel for defendant indicated that defendant would oppose any such motions.

5. The parties briefly addressed but were not able to resolve any objections to the admission of testimony or exhibits. The parties will continue to address the resolution of any such objections.

6. By letter dated April 16, 2008 to defendant's counsel, counsel for plaintiff identified plaintiff's contentions as to applicable facts and law. Counsel for defendant informed counsel for plaintiff that defendant will provide plaintiff with a written statement of defendant's contentions of fact and law by April 28, 2008.

7. The parties have engaged in good-faith diligent efforts to stipulate and agree to facts about which the parties believe there is no genuine dispute, and the parties have agreed to work towards preparing a list of joint exhibits and joint stipulations for presentation to the Court.

8. The parties agree that submitting this case to the Court for resolution on the basis of a documentary record is not appropriate.

9. The parties revisited the possibility of settlement but were unable to reach an agreement to settle this case.

Respectfully submitted,

s/Gary G. Stevens
GARY G. STEVENS
Saltman & Stevens P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
Phone: (202) 452-2140
Fax: (202) 775-8217

Attorney for Plaintiff

JEFFREY S. BUCHOLTZ
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

OF COUNSEL:
MARCUS R. WAH
Associate Regional Attorney
USDA-OGC, Pacific Region

s/Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

April 23, 2008

Attorneys for Defendant