IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: April 24, 2008)

SCOTT TIMBER, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court acknowledges and accepts the pre-trial arrangements agreed by the parties as set out in their Joint Certification Pursuant to Appendix A, Paragraph 13(d), filed April 23, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge