**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SCOTT TIMBER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-708C |
| | ) | (Judge Lettow) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, plaintiff Scott Timber Company respectfully requests a five-day enlargement of time, through and including May 7, 2008, within which to file its Memorandum of Fact and Law, witness list and exhibit list. This is our first request for an enlargement of time for this purpose. Counsel for defendant states that defendant does not oppose this motion. All other pre-trial filings and hearing dates established by the Court's Order dated April 24, 2008 remain unchanged.

This enlargement is requested because of unanticipated personnel absences from plaintiff's counsel's office and the need to confirm the availability of certain West Coast witnesses for appearance at trial.

For the foregoing reasons, plaintiff respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Ruth G. Tiger
Eric J. Pohlner
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: April 30, 2008