IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: May 5, 2008)

| | |
|---|---|
| SCOTT TIMBER, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is plaintiff's unopposed motion for a five-day enlargement of time, through and including May 7, 2008, within which to file its Memorandum of Fact and Law, witness list, and exhibit list.

Good cause having been shown, plaintiff's motion is GRANTED. All other pre-trial filings and hearing dates established by the court's order of April 24, 2008 remain in place.

It is so ORDERED.

s/ Charles F. Lettow
Judge