**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SCOTT TIMBER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-708C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S TRIAL WITNESS LIST**

Pursuant to the Court's Order of April 24, 2008 and Appendix A, paragraph 15, plaintiff identifies the following witnesses to be called at trial in this matter. Plaintiff reserves the right to amend this list in accordance with the Rules of the Court of Federal Claims and further Orders of the Court and to call any witness at trial identified on defendant's witness list.

**Plaintiff expects to present the following witnesses:**

| | Witness | Subject Matter |
|---|---|---|
| 1. | Edward (Ted) Boling former Department of Justice attorney<br><br>Estimated time needed for direct examination: 2.5 hr. | Events and circumstances surrounding the ONRC Action litigation, including evaluation of ONRC Action and the weakness of the government's position; the lack of merit of the Forest Service's interpretation "NEPA decision equals implementation" and the Red Tree Vole (RTV) Memorandum; communications with others regarding the ONRC Action litigation, award of timber sales and related topics; and authentication and explanation of documents concerning Mr. Boling |

| | | |
|---|---|---|
| 2. | Mike Bormuth<br>Scott Timber Co.<br><br>Estimated time needed for direct examination: 2.5 hr. | Scott Timber's bidding on the Pigout, Whitebird and Jigsaw timber sales; communications with the Forest Service; Scott Timber's knowledge of the facts surrounding those sales; Scott Timber's reliance on the Forest Service and its representations; authentication and explanation of documents concerning Mr. Bormuth |
| 3. | Paul Brouha<br>Forest Service<br><br>Estimated time needed for direct examination: .8 hr. | Government concerns and issues regarding the survey and manage litigation; facts and analysis contained in the "Brouha Memorandum," dated January 22, 1999, and related subjects; authentication and explanation of documents concerning Mr. Brouha |
| 4. | Robert Devlin<br>Forest Service (retired)<br><br>Estimated time needed for direct examination: 2.5 hr. | Development and implementation of the Forest Service's interpretation "NEPA decision equals implementation" and the RTV Memorandum, including the facts and circumstances concerning environmental analyses and decision notices for timber sales, and how Forest Service timber sales, including plaintiff's sales, were offered and awarded following the filing of the <u>ONRC Action</u> lawsuit in July 1998; communications with Forest Service personnel, members of the Justice Department and others regarding what the Forest Service knew about the Justice Department's evaluation of the legal defensibility of the interpretation "NEPA decision equals implementation;" communications with and directions to Forest Service personnel, including contracting officers and Forest Supervisors, regarding plaintiff's sales and other sales on ONRC Action's "at-risk" lists; Forest Service involvement with the Justice Department in dealing with plaintiff's sales and other sales at risk under the <u>ONRC Action</u> litigation both before and after that litigation was settled by the government; authentication and explanation of documents concerning Mr. Devlin |
| 5. | Neal Forrester<br>Forest Service<br><br>Estimated time needed for direct examination: .5 hr. | Development and implementation of the Forest Service's interpretation "NEPA decision equals implementation" and the RTV Memorandum; authentication and explanation of documents concerning Mr. Forrester |

| | | |
|---|---|---|
| 6. | Michael Gippert<br>USDA Office of General Counsel (retired)<br><br>Estimated time needed for direct examination: .8 hr. | Involvement of the U.S. Department of Agriculture's Office of General Counsel, the Department of Justice, the President's Council on Environmental Quality and other organizations and individuals in the development and implementation of the Forest Service's interpretation "NEPA decision equals implementation;" legal advice provided to the Forest Service and others in connection with that interpretation and related topics; authentication and explanation of documents concerning Mr. Gippert |
| 7. | Nancy Graybeal<br>Forest Service (retired)<br><br>Estimated time needed for direct examination: 1.5 hr. | Actions taken by the Forest Service both before and after the filing of the <u>ONRC Action</u> litigation involving Category 2 surveys and the Forest Service's interpretation "NEPA decision equals implementation" and the RTV Memorandum; evaluation of the parties' positions in the <u>ONRC Action</u> litigation and communications with the Department of Justice regarding the legal defensibility of the interpretation "NEPA decision equals implementation;" communications with Forest Service personnel, the Department of Justice, the U.S Department of Agriculture's Office of General Counsel and others regarding "NEPA decision equals implementation" and related topics and how the Forest Service dealt with plaintiff's timber sales and other sales threatened by the <u>ONRC Action</u> litigation; authentication and explanation of documents concerning Ms. Graybeal |
| 8. | John (Randy) Hickenbottom<br>Forest Service<br><br>Estimated time needed for direct examination: 1.0 hr. | Events and circumstances surrounding the development of a rationale for, and implementation of, the interpretation "NEPA decision equals implementation" and the RTV Memorandum; related communications between Mr. Hickenbottom and Forest Service, BLM and other government personnel; authentication and explanation of documents concerning Mr. Hickenbottom |

| | | |
|---|---|---|
| 9. | Richard Holthausen<br>Forest Service<br><br>Estimated time needed for direct examination:<br>.8 hr. | The purpose and intent of Category 2 surveys within the survey and manage program; communication with others regarding survey and manage surveys and related matters; communications with Forest Service personnel and others regarding the potential effects of delaying the surveys; authentication and explanation of documents concerning Mr. Holthausen |
| 10. | Tom Hussey<br>Forest Service<br><br>Estimated time needed for direct examination:<br>1.5 hr. | Development and implementation of the Forest Service's interpretation "NEPA decision equals implementation;" communications among Mr. Hussey, Forest Service personnel, BLM personnel and other government personnel; concerns and issues arising out of various interpretations of the Category 2 survey requirements, including the "NEPA decision equals implementation" interpretation; authentication and explanation of documents concerning Mr. Hussey |
| 11. | Don Knowles<br>Forest Service<br><br>Estimated time needed for direct examination:<br>.5 hr. | Development and implementation of the interpretation "NEPA decision equals implementation" and the RTV Memorandum; communications among Mr. Knowles, Forest Service personnel, BLM personnel and other government personnel; concerns and issues arising out of various interpretations of the Category 2 survey requirements, including the "NEPA decision equals implementation" interpretation; authentication and explanation of documents concerning Mr. Knowles |
| 12. | Larry Larsen<br>BLM<br><br>Estimated time needed for direct examination:<br>4.0 hr. | Development and implementation of the interpretation "NEPA decision equals implementation" and the RTV Memorandum; communications among Mr. Larsen, Forest Service personnel, BLM personnel and other government personnel; concerns and issues arising out of various interpretations of the Category 2 survey requirements, including the "NEPA decision equals implementation" interpretation; authentication and explanation of documents concerning Mr. Larsen |

| | | |
|---|---|---|
| 13. | Cheryl McCaffrey<br>BLM (retired)<br><br>Estimated time needed for direct examination: .8 hr. | Interpretation of the Northwest Forest Plan; facts and circumstances concerning the Survey and Manage Working Group; development of the interpretation "NEPA decision equals implementation" and the RTV Directive and related topics; authentication and explanation of documents concerning Ms. McCaffrey |
| 14. | Steven Nelson<br>Forest Service<br><br>Estimated time needed for direct examination: .8 hr. | Facts and circumstances concerning Pigout, Whitebird and Jigsaw, including the Category 2 surveys on those sales; defendant's interrogatory answers and document responses; authentication and explanation of documents concerning Mr. Nelson |
| 15. | Donald Ostby<br>Forest Service (retired)<br><br>Estimated time needed for direct examination: .8 hr. | Facts and circumstances concerning administrative appeals of Pigout, Whitebird and Jigsaw; Forest Service practice and policy regarding sale preparation and offering; authentication and explanation of documents concerning Mr. Ostby |
| 16. | Randy Pew<br>Pew Forest Products<br><br>Estimated time needed for direct examination: .5 hr. | Purchaser waiver of claims in connection with the award of Forest Service timber sales under legal challenge |
| 17. | Owen Schmidt<br>USDA Office of General Counsel (retired)<br><br>Estimated time needed for direct examination: 1.5 hr. | Legal advice and information provided by Mr. Schmidt regarding the interpretation "NEPA decision equals implementation" and the RTV Memorandum; Mr. Schmidt's understanding of the Department of Justice's concerns regarding the legal viability of the interpretation "NEPA decision equals implementation;" Mr. Schmidt's communications with others regarding that interpretation and the way in which the Forest Service and the Justice Department dealt with Pigout, Whitebird and Jigsaw and other timber sales threatened by the <u>ONRC Action</u> litigation; authentication and explanation of documents concerning Mr. Schmidt |

| | | | |
|---|---|---|---|
| 18. | Brenda Woodard<br>Forest Service (retired)<br><br>Estimated time needed for direct examination: 2.2 hr. | Facts and circumstances surrounding the offering, award and implementation of Pigout, Whitebird and Jigsaw, including the way in which the Forest Service and the Department of Justice dealt with these sales prior to award; communications with Forest Service personnel, the U.S. Department of Agriculture's Office of General Counsel, and the Department of Justice regarding plaintiff's timber sales and related topics; communications with plaintiff's representatives regarding Pigout, Whitebird and Jigsaw; surveys and environmental analysis performed after award on plaintiff's sales; authentication and explanation of documents concerning Ms. Woodard |
| 19. | Susan Zike<br>Forest Service<br><br>Estimated time needed for direct examination: 6.0 hr. | Implementation of the interpretation "NEPA decision equals implementation" and the RTV Memorandum; communications among the Department of Justice, the U.S. Department of Agriculture's Office of General Counsel and Forest Service personnel regarding Pigout, Whitebird and Jigsaw and other timber sales threatened by the ONRC Action litigation; Forest Service decision to award plaintiff's sales and Forest Service actions in connection with those awards; Forest Service knowledge of the Department of Justice's concerns regarding legal defensibility of the interpretation "NEPA decision equals implementation;" Forest Service policy of secrecy regarding the ONRC Action lists of "at-risk" sales and other related matters; authentication and explanation of documents concerning Ms. Zike |

**Plaintiff may call the following witnesses, if the need arises:**

| | | |
|---|---|---|
| 20. | Carl Holton<br>Department of Justice paralegal<br><br>Estimated time needed for direct examination: .5 hr. | Authentication of documents provided by defendant in discovery and verification of the dates and authors of those documents, the agency files from which they were produced, and the adequacy of defendant's search efforts, if a satisfactory stipulation cannot be reached with defendant |

| | | |
|---|---|---|
| 21. | Joan M. Stentiford<br>Department of Justice<br>attorney<br><br>Estimated time needed<br>for direct examination:<br>.5 hr. | Authentication of documents provided by defendant in discovery and verification of the dates and authors of those documents, the agency files from which they were produced, and the requests for production to which they were responsive, if a satisfactory stipulation cannot be reached with defendant |

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Ruth G. Tiger
Eric J. Pohlner
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: May 7, 2008