**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SCOTT TIMBER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-708C |
| | ) | (Judge Lettow) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**

Pursuant to the Court's Order of May 5, 2008 and Appendix A, paragraph 16, plaintiff identifies the exhibits described on the attached list to be used at trial in this matter. Plaintiff reserves the right to amend this list in accordance with the Rules of the Court of Federal Claims and further Orders of the Court and to use any exhibit identified on defendant's exhibit list.

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiffs

OF COUNSEL:
Ruth G. Tiger
Eric J. Pohlner
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: May 7, 2008

# PLAINTIFF'S TRIAL EXHIBIT LIST

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 1 | 2/1/1994 | Blue Lake Deposition (9/2007) Exhibit 144: Excerpts from Appendix J2 of the Final Supplemental Environmental Impact Statement on Management of Habitat for Late-Successional and Old-Growth Forest Related Species Within the Range of the Northern Spotted Owl | |
| 2 | | [Exhibit Number Not Used] | |
| 3 | April 1994 | Record of Decision for Amendments to Forest Service and Bureau of Land Management Planning Documents Within the Range of the Northern Spotted Owl and Standards and Guidelines for Management of Habitat for Late-Successional and Old-Growth Forest Related Species Within the Range of the Northern Spotted Owl | |
| 4 | 5/26/1994 | Scott Deposition (1/2007) Exhibit 1A: Survey and Manage (Component 1) Meeting Notes | |
| 5 | 7/8/1994 | Scott Deposition (1/2007) Exhibit 1B: Email re: Survey and Manage Strategies 2-4 | |
| 6 | | [Exhibit Number Not Used] | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 7 | 11/1/1994 | Scott Deposition (1/2007) Exhibit 1D: Email re: Update and Review Opportunity for Survey and Manage Working Group | |
| 8 | 12/2/1994 | Scott Deposition (1/2007) Exhibit 1E: Development of the Survey and Manage Measure handout | |
| 9 | 12/2/1994 | Plaintiff' Scott Timber's Deposition (1/2007) Exhibit 1: Meeting Notes on Intent of Survey and Manage Strategies in ROD | |
| 10 | 4/28/1995 | Excerpts from Forest Service Manual 2400 - Timber Management (Amendment Nos. 2400-95-3 and 2400-2002-3) | |
| 11 | | [Exhibit Number Not Used] | |
| 12 | | [Exhibit Number Not Used] | |
| 13 | 1/17/1996 | Scott Deposition (1/2007) Exhibit 2A: Survey and Manage Standards and Guidelines Project Implementation - When? and Forest Plan Implementation Workshop notes | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
| --- | --- | --- | --- |
| 14 | | [Exhibit Number Not Used] | |
| 15 | | [Exhibit Number Not Used] | |
| 16 | | [Exhibit Number Not Used] | |
| 17 | 6/11/1996 | Scott Deposition (1/2007) Exhibit 5: Memo re: Change in Standards and Guidelines for the Lynx | |
| 18 | | [Exhibit Number Not Used] | |
| 19 | 6/28/1996 | Scott Deposition (1/2007) Exhibit 70: Fax re: rough draft of Q & A style staff paper on S&M questions | |
| 20 | 7/17/1996 | Scott Deposition (1/2007) Exhibit 73: Email re: notes from Survey and Manage meeting | |
| 21 | 7/19/1996 | Scott Deposition (1/2007) Exhibit 8: Survey And Manage Work Group Proposed FY 1996 Organization And Work Plan | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 22 | 8/8/1996 | Excerpt from Forest Service Manual 2400 – Timber Management (Amendment Nos. 2400-96-4, 2400-99-2, and 2400-2002-4) | |
| 23 | | [Exhibit Number Not Used] | |
| 24 | 8/16/1996 | Scott Deposition (1/2007) Exhibit 13: Email re: S&M staff paper | |
| 25 | 8/28/1996 | Scott Deposition (1/2007) Exhibit 14: Survey and Manage Current Implementation Issues | |
| 26 | 8/28/1996 | Scott Deposition (1/2007) Exhibit 72: Survey and Manage Current Implementation Issues | |
| 27 | 8/28/1996 | Scott Deposition (1/2007) Exhibit 65: Survey and Manage Questions | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 28 | 8/28/1996 | Scott Deposition (1/2007) Exhibit 74: Survey and Manage Current Implementation Issues | |
| 29 | 9/1/1996 | Scott Deposition (1/2007) Exhibit 14A: Survey And Manage Current Implementation Issues | |
| 30 | 9/1/1996 | Scott Deposition (1/2007) Exhibit 64: Survey And Manage Current Implementation Issues | |
| 31 | 9/4/1996 | Scott Deposition (1/2007) Exhibit 62: Fax re: latest version of the matrix | |
| 32 | | [Exhibit Number Not Used] | |
| 33 | | [Exhibit Number Not Used] | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 34 | 9/23/1996 | Scott Deposition (1/2007) Exhibit 63: Memorandum re: Implementation of Survey and Management Component 2 "Survey prior to Ground-Disturbing Activities" Standard and Guideline | |
| 35 | 9/23/1996 | Scott Deposition (1/2007) Exhibit 66: Survey and Manage Component 2 Implementation Issues | |
| 36 | 9/30/1996 | Scott Deposition (1/2007) Exhibit 67: Fax re: Survey and Manage Implementation Draft | |
| 37 | | [Exhibit Number Not Used] | |
| 38 | 10/22/1996 | Scott Deposition (1/2007) Exhibit 19: Survey and Manage Component 2 Implementation Issues | |
| 39 | 10/29/1996 | Scott Deposition (1/2007) Exhibit 19A: Memorandum re: Interim Guidance for Red Tree Vole (unnumbered pages 2-6) | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 40 | | [Exhibit Number Not Used] | |
| 41 | 11/1/1996 | Blue Lake Deposition ( 9/2007) Exhibit 132: Memorandum re: Implementation of Survey and Manage Component 2 "Survey prior to Ground-Disturbing Activities" Standard and Guideline | |
| 42 | | [Exhibit Number Not Used] | |
| 43 | 6/17/1997 | Scott Deposition (1/2007) Exhibit 25A: Email re: S&M surveys for FY 1999 species | |
| 44 | 6/23/1997 | Decision Notice and FONSI for Peanuts EA | |
| 45 | 1/13/1998 | Memorandum re: Implementation of Survey and Management Component 2 "Survey Prior to ground-Disturbing Activities" Standard and Guideline | |
| 46 | 2/24/1998 | Decision Notice and FONSI for Pigout | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 47 | 3/24/1998 | Appeal of Pigout Timber Sale Diamond Lake R.D., Umpqua N.F. by Umpqua Watersheds, Inc. | |
| 48 | | [Exhibit Number Not Used] | |
| 49 | 7/8/1998 | Blue Lake Deposition (8/2007) Exhibit 124: Letter from ONRC Action to Forest Service and BLM asking them to inform purchasers that timber sales may be subject to an injunction | |
| 50 | | [Exhibit Number Not Used] | |
| 51 | 7/29/1998 | Blue Lake Deposition (8/2007) Exhibit 24A: Letter re: DOJ request for expedited information from Forest Service and BLM regarding allegations in ONRC Action | |
| 52 | 7/29/1998 | Memorandum re: two notices Forest Service has received from the Western Environmental Law Center regarding timber sales of concern | |
| 53 | 8/8/1998 | Scott Deposition (1/2007) Exhibit 35A: Fax re: attached is a draft DOJ letter to ONRC Action's attorney | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 54 | 8/24/1998 | Fax re: Umpqua Watershed's comments on the Warm Springs Timber Sale | |
| 55 | 8/27/1998 | Scott Deposition (1/2007) Exhibit 35B: Fax transmitting Michael Axline's complete letter re: timber sales of concern | |
| 56 | 9/1/1998 | Blue Lake Deposition (8/2007) Exhibit 24B: Email re: need to gather pertinent information on 200 USFS and BLM sales listed by Michael Axline | |
| 57 | 9/1/1998 | Letter re: ONRC Action comments on the Warm Springs and Upper North Timber Sales | |
| 58 | | [Exhibit Number Not Used] | |
| 59 | 9/4/1998 | Scott Deposition (1/2007) Exhibit 35: Email re: reminder that the list of sales and chart are privileged information and not available to the public | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 60 | 9/11/1998 | Scott Deposition (1/2007) Exhibit 36: Memorandum re: Implementation of Survey and Manage Component 2 and Protection Buffer Standards and Guidelines Regarding "Survey Prior to Ground-Disturbing Activities" | |
| 61 | 9/14/1998 | Letter re: Warm Springs Environmental Assessment - Alternative #2 | |
| 62 | 9/17/1998 | Decision Memo for T-Line Timber Sale | |
| 63 | 9/18/1998 | Pigout advertisement, prospectus, and instructions to bidders | |
| 64 | 9/21/1998 | Decision Notice and FONSI for Warm Springs EA | |
| 65 | 9/25/1998 | Blue Lake Deposition (8/2007) Exhibit 30: Fax re: Michael Axline's response to my letter asking him to follow through on his commitment to identify timber sales that do not comply with the Northwest Forest Plan ROD and the ways in which they do not comply (pages A-372-95, A-397) | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
| --- | --- | --- | --- |
| 66 | | [Exhibit Number Not Used] | |
| 67 | 9/25/1998 | Jigsaw advertisement, prospectus, and instructions to bidders | |
| 68 | 9/25/1998 | Whitebird advertisement, prospectus, and instructions to bidders | |
| 69 | | [Exhibit Number Not Used] | |
| 70 | 10/15/1998 | Scott Deposition (1/2007) Exhibit 37B: Letter re: interpretation of 36 C.F.R. § 215.10 and request that timber sales be withdrawn | |
| 71 | 10/16/1998 | Blue Lake Deposition (8/2007) Exhibit 31: Email re: Forest Service still working with DOJ and OGC lawyers on settlement discussions with the ONRC Action plaintiffs | |
| 72 | | [Exhibit Number Not Used] | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 73 | 10/26/1998 | Scott Deposition (1/2007) Exhibit 37C: Letter re: details of the counter-proposals of the Forest Service and BLM in response to ONRC Action's September 25, 1998 settlement proposal | |
| 74 | | [Exhibit Number Not Used] | |
| 75 | 10/28/1998 | Blue Lake Deposition (8/2007) Exhibit 35: Memorandum re: ONRC Action: government counter-offer (pages 102 and 103) and Blue Lake Deposition (8/2007) Exhibit 38 (pages 92939-41 only) | |
| 76 | 10/28/1998 | Blue Lake Deposition (8/2007) Exhibit 37: Memorandum re: ONRC Action counter-offer letter from DOJ to ONRC Action (page 443 only) | |
| 77 | | [Exhibit Number Not Used] | |
| 78 | | [Exhibit Number Not Used] | |
| 79 | | [Exhibit Number Not Used] | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 80 | 10/29/1998 | Blue Lake Deposition (8/2007) Exhibit 40: Email re: attached is the edited version of the MTH sales from the 9/17 list from ONRC Action (pages 467-68 only) | |
| 81 | 11/1/1998 | Administrative Appeal of T-Line Timber Sale by Umpqua Watersheds, Inc. | |
| 82 | 11/1/1998 | Blue Lake Deposition (8/2007) Exhibit 42: email re: ONRC Action: R6 sales delayed until 11/23 and desire to award after 11/23 and Blue Lake Deposition (8/2007) Exhibit 40 (page 469 only) | |
| 83 | 11/3/1998 | Administrative Appeal of Warm Springs Timber Sale by Umpqua Watersheds, Inc. | |
| 84 | 11/4/1998 | Scott Deposition (1/2007) Exhibit 37D: Letter re: delaying award of Prairie Thin Timber Sale, Contract No. 087483 | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 85 | 11/12/1998 | Administrative Appeal of Warm Springs Timber Sale DN by ONRC Action | |
| 86 | 11/12/1998 | Blue Lake Deposition (8/2007) Exhibit 45: Fax re: Dugan's 11/10/98 letter requesting additional sales | |
| 86A | 11/20/1998 | Blue Lake Deposition (8/2007) Exhibit 48: Memorandum re: contract terms (pages 92322, 92324-25) | |
| 87 | 11/23/1998 | Blue Lake Deposition (8/2007) Exhibit 49: Email re: Sue Zike briefing paper prepared for the RF/DRF and the BLM State Director (pages 1814-15 only) | |
| 88 | 11/30/1998 | Blue Lake Deposition (8/2007) Exhibit 50: Memorandum re: ONRC Action (Northwest Forest Plan – Survey/Manage lawsuit settlement) | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 89 | 11/25/1998 | Blue Lake Deposition (8/2007) Exhibit 30A: Email re: Ted Boling's answers to questions about what were Schiffer's and Coppelman's concerns about this case | |
| 90 | 11/25/1998 | Blue Lake Deposition (8/2007) Exhibit 126: Fax re: heavy-hitter issues looming on the Northwest's horizon | |
| 91 | 11/25/1998 | Blue Lake Deposition (8/2007) Exhibit 52: Sue Zike handwritten notes re: “implement” definition is nonsense | |
| 92 | 11/25/1998 | Blue Lake Deposition (8/2007) Exhibit 54: Email re: non-decision from Lois Schiffer | |
| 93 | | [Exhibit Number Not Used] | |
| 94 | | [Exhibit Number Not Used] | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 95 | 12/3/1998 | Blue Lake Deposition (8/2007) Exhibit 56: Email re: ONRC Action end of delay period Dec. 3 - DOJ request | |
| 96 | 12/4/1998 | Blue Lake Deposition (8/2007) Exhibit 59: Email re: ONRC Action: process to award sales named by plaintiffs | |
| 97 | 12/7/1998 | Blue Lake Deposition (8/2007) Exhibit 62: Email re: ONRC Action: info needed to determine award of pending sales | |
| 98 | 12/8/1998 | Blue Lake Deposition (8/2007) Exhibit 63: Email re: ONRC Action: WO briefing and sales award | |
| 99 | 12/8/1998 | Blue Lake Deposition (8/2007) Exhibit 64: Fax re: requested information from 12/4/98 conference call | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 100 | 12/9/1998 | Memorandum re: ONRC Action v. USFS, BLM: risks and benefits of award sales | |
| 101 | 12/11/1998 | Blue Lake Deposition (8/2007) Exhibit 75: Memorandum re: Assessing ONRC Action named sales for award (pages 0244-48 only) | |
| 102 | 12/11/1998 | Blue Lake Deposition (8/2007) Exhibit 66: Memorandum re: Timber Program Overview FYs 1995-1999 and effects of surveying certain FY 1998 timber sales in Forest Service Regions 5 and 6 and Western Oregon BLM (REVISED) | |
| 103 | | [Exhibit Number Not Used] | |
| 104 | | [Exhibit Number Not Used] | |
| 104A | 12/18/1998 | Blue Lake Deposition (8/2007) Exhibit 67: Memorandum re: Survey/Manage EA and relationship to ONRC Action | |
| 105 | | [Exhibit Number Not Used] | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 106 | | [Exhibit Number Not Used] | |
| 107 | | [Exhibit Number Not Used] | |
| 108 | | [Exhibit Number Not Used] | |
| 109 | 1/22/1999 | Memorandum re: Working Document concerning "Survey and Manage" Lawsuit for CEQ (the Brouha Memo) | |
| 110 | 1/22/1999 | Blue Lake Deposition (8/2007) Exhibit 70: Email re: ONRC Action lawsuit: process to determine which sales to award | |
| 111 | 2/5/1999 | Blue Lake Deposition (8/2007) Exhibit 127: Fax re: FONSI with Owen Schmidt's thoughts | |
| 112 | 2/6/1999 | Blue Lake Deposition (8/2007) Exhibit 74: Email re: ONRC Action v. USFS, BLM proposed awards chart | |
| 113 | | [Exhibit Number Not Used] | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 113A | 3/19/1999 | Blue Lake Deposition (8/2007) Exhibit 117: Email re: number of sales that the Forest Service wants to award on the list | |
| 114 | | [Exhibit Number Not Used] | |
| 115 | 4/5/1999 | Scott Deposition (1/2007) Exhibit 41A: Email re: government promises to ONRC Action to give 10 days notice before awarding sales | |
| 116 | 4/6/1999 | Letter re: reiterate DOJ's commitments to inform plaintiffs and Judge Dwyer regarding Forest Service and BLM decisions with regard to timber sales that are at issue in ONRC Action | |
| 117 | | [Exhibit Number Not Used] | |
| 118 | 4/19/1999 | Scott Deposition (1/2007) Exhibit 41C: Letter re: Intent to Award Timber Sales in ONRC Action | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 119 | 4/23/1999 | Scott Deposition (1/2007) Exhibit 41D: Letter re: Intent to Award Timber Sales in ONRC Action | |
| 120 | 5/19/1999 | Blue Lake Deposition (8/2007) Exhibit 82A: Email re: ONRC Action: update | |
| 121 | 6/7/1999 | Blue Lake Deposition (8/2007) Exhibit 83 and Exhibit 82B: Email re: ONRC Action/ALA I/ ALA II: probable sales to try to award | |
| 121A | 6/11/1999 | Blue Lake Deposition (8/2007) Exhibit 86: Memorandum re: Sales Listed in ONRC Action Lawsuit that are Ready to Award as of 6/16/99 | |
| 122 | 6/18/1999 | Blue Lake Deposition (8/2007) Exhibit 84: Email re: ONRC Action: Upper South Fork timber sale (pages 18 505-07 only) | |
| 123 | | [Exhibit Number Not Used] | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 124 | | [Exhibit Number Not Used] | |
| 125 | 6/23/1999 | Blue Lake Deposition (8/2007) Exhibit 89: Letter re: Forest Service has determined that these sales are defendable against the issues in ONRC Action and we intend to award the following sales in the normal course of business after July 1 | |
| 126 | 7/2/1999 | Blue Lake Deposition (1/2007) Exhibit 43: Handwritten notes re: 10-day notice stipulation with ONRC Action has expired | |
| 127 | | [Exhibit Number Not Used] | |
| 128 | 7/6/1999 | Scott Deposition (1/2007) Exhibit 44: Letter re: revision of April 12, 1999 list of sales that are "at risk" | |
| 129 | 7/6/1999 | Blue Lake Deposition (8/2007) Exhibit 90: Email re: ONRC Action: WO briefing paper | |
| 130 | | [Exhibit Number Not Used] | |
| 131 | | [Exhibit Number Not Used] | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 132 | | [Exhibit Number Not Used] | |
| 132A | 7/7/1999 | Blue Lake Deposition (8/2007) Exhibit 79: Email re: ONRC Action: WO briefing paper (pages 428-29 only) | |
| 133 | 7/8/1999 | Jigsaw contract A, B, C sections as awarded | |
| 134 | 7/8/1999 | Whitebird contract A, B, C sections as awarded | |
| 135 | 7/8/1999 | Pigout contract A, B, C sections as awarded | |
| 136 | 7/8/1999 | Award letter for Jigsaw timber sale | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 137 | 7/8/1999 | Award letter for Whitebird timber sale | |
| 138 | 7/8/1999 | Award letter for Pigout timber sale | |
| 139 | 7/8/1999 | Scott Deposition (1/2007) Exhibit 46: Email re: attached is a briefing paper and chart of the newly submitted list of sales from ONRC Action | |
| 140 | | [Exhibit Number Not Used] | |
| 141 | 7/9/1999 | Blue Lake Deposition (8/2007) Exhibit 91: Email re: ONRC Action: DOJ reply to ONRC's 7/6/99 At-Risk list and 10 day notice | |
| 142 | 7/20/1999 | Blue Lake Deposition (8/2007) Exhibit 91A: Email re: ONRC Action: Injunctions requested against all sales | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 143 | 8/2/1999 | Decision in ONRC Action, et al. v. USFS, BLM, 59 F. Supp. 2d 1085 (W.D. Wash. 1999) | |
| 143A | 8/4/1999 | Blue Lake Deposition (8/2007) Exhibit 94: Memorandum re: ONRC Action: Rough estimate of awarded sales affected by Aug. 2 ruling | |
| 143B | 8/24/1999 | Blue Lake Deposition (8/2007) Exhibit 98: Memorandum re: ONRC Action: Volume of 17 sales before court on 8/25/99 | |
| 144 | 8/26/1999 | Blue Lake Deposition (5/2004) Exhibit 1 (tab 15): ONRC Action Order On Additional Motions Re Preliminary Injunction | |
| 145 | 8/27/1999 | Chart of R5/R6 Timber Sales Enjoined On 8/2/99 and 8/26/99 | |
| 146 | 8/30/1999 | Blue Lake Deposition (8/2007) Exhibit 98C: Graybeal Briefing Paper | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 147 | 8/31/1999 | CO's letter suspending Pigout, Whitebird and Jigsaw timber sales | |
| 148 | 9/20/1999 | Blue Lake Deposition (8/2007) Exhibit 99: Fax re: review in Washington of the "implementation" interpretation | |
| 149 | 9/28/1999 | Heartwood, Inc. v. Forest Service, 73 F. Supp. 2d 962 (S.D. Ill. 1999) | |
| 150 | 10/5/1999 | Blue Lake Deposition (8/2007) Exhibit 101: Memorandum re: Implementation of Timber Sale Decisions and Pre-award Activities | |
| 151 | 10/5/1999 | Blue Lake Deposition (8/2007) Exhibit 102: Memorandum re: ONRC Action: Survey/Manage needs on enjoined awarded sales in R5/R6 | |
| 152 | | [Exhibit Number Not Used] | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 152A | 10/15/1999 | Blue Lake Deposition (8/2007) Exhibit 106: Memorandum re: ONRC Action: Update on where we stand this afternoon | |
| 153 | | [Exhibit Number Not Used] | |
| 154 | 11/18/1999 | Blue Lake Deposition(8/2007) Exhibit 110: Memorandum recommending Settlement of ONRC Action, 9/20/07 declaration of C. Holton attached | |
| 155 | 12/17/1999 | ONRC Action: Stipulation for Order Dismissing Action; Order Thereon | |
| 156 | | [Exhibit Number Not Used] | |
| 157 | 5/1/2000 | Defendant's Document Nos. 102139-43: Letter re: ONRC Action plaintiffs' attorneys fees request | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 158 | 12/5/2000 | Defendant's Document No. 100746: Letter confirming ONRC Acton's acceptance of DOJ's offer to settle the attorney fees | |
| 159 | | [Exhibit Number Not Used] | |
| 160 | | [Exhibit Number Not Used] | |
| 161 | 6/11/2002 | Letter lifting suspension of Pigout | |
| 162 | 10/6/2003 | Letter lifting suspension of Jigsaw | |
| 163 | 10/8/2003 | Letter lifting suspension of Whitebird | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 164 | 11/9/2004 | Jigsaw Claim letter | |
| 165 | 11/9/2004 | Whitebird Claim letter | |
| 166 | 11/9/2004 | Pigout Claim letter | |
| 167 | 4/29/2005 | Jigsaw CO's final decision | |
| 168 | 4/29/2005 | Whitebird CO's final decision | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 169 | 4/29/2005 | Pigout CO's final decision | |
| 170 | | [Exhibit Number Not Used] | |
| 171 | | [Exhibit Number Not Used] | |
| 172 | 8/31/2006 | Excerpts from: Defendant's Answers to Plaintiff's First Set of Interrogatories and Requests for Production of Documents | |
| 173 | 1/4/2007 | Designated Excerpts from the Sue Zike Deposition Transcript in Scott | |
| 174 | 8/20/2007 | Designated Excerpts from the Sue Zike Deposition Transcript in Blue Lake | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 175 | 8/21/2007 | Designated Excerpts from the Sue Zike Deposition Transcript in Blue Lake | |
| 176 | 8/24/2007 | Designated Excerpts from the Edward Boling Deposition Transcript in Blue Lake | |
| 176A | 8/31/2007 | Pre-Award Waiver, Release and Limitation of Liability Agreement | |
| 176B | 8/31/2007 | Timber Sale Contract for Jenkins Multi-Product Thin | |
| 177 | | [Exhibit Number Not Used] | |
| 178 | N/A | Scott Deposition (1/2007) Exhibit 11: Draft - Implementation Of Survey And Manage (Component 2) Requirements | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 179 | N/A | Scott Deposition (1/2007) Exhibit 17: Draft - Implementation of Survey and Manage (Component 2) Requirements | |
| 180 | N/A | Scott Deposition (1/2007) Exhibit 68: Draft - Implementation of Survey and Manage (Component 2) Requirements | |
| 181 | | [Exhibit Number Not Used] | |
| 182 | N/A | Scott Deposition (1/2007) Exhibit 39A: Email re: We have a process in place to agree at level one teams that documentation of consistency with NW Plan is adequate | |
| 183 | N/A | Scott Deposition (1/2007) Exhibit 58: Survey & Manage Component 2 Implementation Scenarios chart | |
| 184 | N/A | Scott Deposition (1/2007) Exhibit 59: Portion of document re: "gray zone" | |

| PL. EX. NO. | DATE | DOCUMENT DESCRIPTION | NOTES |
|---|---|---|---|
| 185 | N/A | Scott Deposition (1/2007) Exhibit 60: Memorandum re: Implementation of Survey and Manage Component 2 "Survey prior to Ground-Disturbing Activities" Standard and Guideline | |
| 186 | N/A | Scott Deposition (1/2007) Exhibit 61: Memorandum re: Implementation of Survey and Manage Component 2 "Survey prior to Ground-Disturbing Activities" Standard and Guideline | |
| 187 | N/A | Draft document entitled “Implementation of Survey and Manage (Component 2) Requirements” | |