IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SCOTT TIMBER CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 05-708C |
| v. | ) | (Judge Lettow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S OPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 5-day enlargement of time, to and including June 11, 2008, to file its motion in limine; defendant also respectfully requests a 9-day enlargement of time, to and including June 11, 2008, to file it response to plaintiff's motion for an order submitting certain deposition transcripts, accompanying deposition exhibits and answers to interrogatories as party admissions. Our motion in limine is currently due on June 6, 2008, and our response to plaintiff's motion is currently due on June 2, 2007. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel has consulted with plaintiff's counsel regarding this enlargement of time; plaintiff's counsel has stated that he opposes this motion.

This enlargement is requested owing to the demands of other matters for which Government counsel are responsible. Ms. Stentiford is responsible for preparing the trial brief in this case, due on May 30, 2008; preparing a motion for judgment upon the administrative record in American Ordnance v. United States, Fed. Cl. No. 08-238C, also due on May 30, 2008; and taking and defending depositions the week of June 2, 2008 in American Ordnance v. United

States, Fed. Cl. No. 07-867C. Ms. Lynch is responsible for drafting an appellate brief in Lensing v. OPM, Fed. Cir. No. 07-3267, due on May 28, 2008; and for taking and defending depositions the week of June 2, 2008 in Channell et al. v. United States, Fed. Cl. No. 07-338C. In both American Ordnance, Fed. Cl. No. 07-867C and Channell Fed. Cl. No. 07-338C, the discovery period closes on June 6, 2008, which is also the deadline in the instant case for filing motions in limine.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of five (5) days, to and including June 11, 2008, within which to file defendant's motion in limine. Defendant also respectfully requests that the Court grant its motion for an enlargement of time of nine (9) days, to and including June 11, 2008, within which to file its response to plaintiff's motion for an order submitting certain deposition transcripts, accompanying deposition exhibits and answers to interrogatories as party admissions.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

BRYANT G. SNEE
Deputy Director

/s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 616-0341
Fax: (202) 514-8624

/s/ Ellen M. Lynch
ELLEN M. LYNCH
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 353-7994
Fax: (202) 514-8624

May 22, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of May, 2008, a copy of "Defendant's Opposed Motion For An Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Joan M. Stentiford
Joan M. Stentiford