IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: May 28, 2008)

| | |
|---|---|
| SCOTT TIMBER, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is defendant's motion for a five-day enlargement of time, through and including June 11, 2008, within which to file its motion or motions *in limine*. Defendant also requests a nine-day extension of time, through and including June 11, 2008, to file its response to plaintiff's motion for admission of certain deposition transcripts and exhibits. Plaintiff has opposed defendant's requests on the grounds that the ensuing delays will significantly hinder preparation for the trial currently scheduled to begin June 30, 2008. Defendant has submitted a reply that clarifies the proposed revised schedule.

Defendant's motion is GRANTED IN PART and DENIED IN PART. To insure that trial-preparatory motions are fully briefed in advance of the final pre-trial conference scheduled to take place on June 20, 2008, the following revised schedule is adopted:

| Event | Deadline |
|---|---|
| Motions *in limine* | June 10, 2008 |
| Defendant's response to plaintiff's motion for admission of deposition transcripts and exhibits | June 10, 2008 |
| Plaintiff's reply to defendant's response to plaintiff's motion for admission | June 13, 2008 |

| Event | Deadline |
| --- | --- |
| Responses to motions *in limine* | June 16, 2008 |
| Replies to responses to motions *in limine* | June 18, 2008 |

All other submissions shall be filed in accord with the prior scheduling orders.

It is so ORDERED.

s/ Charles F. Lettow
Judge