IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SCOTT TIMBER CO., Plaintiff, v. THE UNITED STATES, Defendant. | ) | Case No. 05-708C (Judge Lettow) |

DEFENDANT'S TRIAL EXHIBIT LIST

Pursuant to paragraph 13 of Appendix A to the Rules of the United States Court of Federal Claims, defendant submits its list of proposed exhibits as follows:

| Exhibit No. | Bates No. | |
|---|---|---|
| | | **Official Government Documents** |
| 1. | 816-969 | Record of Decision and Standards and Guidelines for Amendments to the Survey and Manage, Protection Buffer, and other Mitigation Measures Standards and Guidelines (155 pages) |
| 2. | | Report from the Forest Ecosystem Management Team ("FEMAT Report") |
| 3. | | Appendix J-2 to Final Supplemental Environmental Impact Statement |
| | | **Documents Relating To Timber Industry Participation In Contract Development** |
| 4. | | Attendance List At Forest Timber Sale Contract Meeting 8/4/71 (1 page) |
| 5. | | Memo to Regional Foresters re: proposed provisions to the 2400-6 timber contract 3/19/71 (2 page) |
| 6. | | Letter from National Forest Products Association to |

Forest Service re: proposed provisions to federal timber contracts, with industry input 10/12/71 (6 pages)

7. Forest Service Memo to Regional Foresters, regarding proposed provisions to federal timber contracts 11/2/71 (4 pages)

8. Notes from Staff Meeting 11/23/1987 (2 pages)

9. Forest Service position paper on Timber Sale Contract Review 11/23/87 (9 pages)

10. Timber Sale Contract Revision 12/87 (4 pages)

11. Notes re: Timber Sale Contract Provisions undated (3 pages)

12. Comments on the National Forest Products Association Summary of Meeting 12/4/87 (1 page)

13. Electronic mail message regarding Contract Revision Meeting between Forest Service and Timber Industry 12/7/87 (1 page)

14. Letter From Idaho Forest Industries, Inc. to Forest Service re revised timber sale contract provisions. 12/29/87 (2 pages)

15. Letter From Forest Service to National Forest Products Association 11/1/89 (5 pages)

16. Letter From National Forest Products Association to Forest Service 7/23/90 (3 pages)

17. Letter From National Forest Products Association to Forest Service 7/23/90 (3 pages)

18. Letter From National Forest Products Association 12/4/89 (6 pages)

19. Letter from National Forest Products Association 1/5/90 (4 pages)

| | | |
|---|---|---|
| 20. | | Letter from National Forest Products Association 5/1/90 (4 pages) |
| 21. | | Letter from Forest Service to American Forest and Paper Association 10/31/00 (13 pages) |
| 22. | | Letter from American Forest Resource Council 3/22/01 (2 pages) |
| 23. | | Memorandum concerning revisions to the 2400-6T Contract 3/29/01 (3 pages) |

**Contract Documents**

| | | |
|---|---|---|
| 24. | 3834-3852 | Text for newspaper ad and Timber Sale Prospectus, Umpqua National Forest, Pigout Sale, notes possible delay of award due to period for appeal of the decision not expired |
| 25. | 3853 | Procurement request and copy of ad in the Roseburg News Review: National Forest Timber for Sale, Umpqua National Forest, Pigout Sale |
| 26. | 3877-3971 | Timber Sale Contract, Pigout Contract # 087459 |
| 27. | 3973-3975 | Letter re: Modification of Pigout Timber Sale Contract 2/14/00 (3 pages) |
| 28. | 4036 | Letter re: Blanket Payment Bond - Pigout Contract 8/16/99 (1 page) |
| 29. | 4037-4038 | Decrease rider, Bond 235115 061356 from $101,000 to $5050 2/18/00 (2 pages) |
| 30. | 4039-4040 | Surety Bond Rider, Liberty Replaces Wausau 1/1/02 (2 pages) |
| 31. | 4041-4042 | Increase rider, Bond 2351 15 061356 from $5050 to $101,000 6/12/02 (2 pages) |
| 32. | 4105 | Letter reconfirming bids on Pigout, Jigsaw, and Whitebird Timber Sales for 90 days 5/11/99 (1 page) |
| 33. | 4106-4107 | Letter - Change of termination date of Pigout Timber Sale Contract No. 087459 due to delay awaiting |

| | | |
|---|---|---|
| | | resolution of lawsuit, other instructions |
| 34. | 4109-4110 | Letter - Pigout Timber Sale - Contract No. 087459, enclosed signed Contracts, Perf. Bond, and Surety Rider |
| 35. | 4111 | Letter - Pigout Timber Sale, Contract No. 087459, Notification of Judge Dwyer order 08/26/99 that enjoined the Umpqua NF from approving a plan of operations for Pigout Timber Sale |
| 36. | 4113 | Letter - Pigout Timber Sale, reducing downpayment on Pigout TS 12/28/99 (1 page) |
| 37. | 4114 | Letter - Pigout Timber Sale - Modification of contract to add CT9.110 2/3/00 |
| 38. | 4117 | Letter enclosing agreement to modify Pigout contract 2/10/00 (1 page) |
| 39. | 4118 | Letter Modification of Pigout Timber Sale Contract to Reduce Performance Bond 2/14/00 (1 page) |
| 40. | 4119 | Letter re: Pigout Timber Sale Contract enclosing decrease riders 3/8/00 (1 page) |
| 41. | 4136-4137 | Letter - Pigout TS, no longer enjoined under ONRC Action lawsuit, is available for operation 6/11/02 (2 pages) |
| 42. | 4138 | Letter – Pigout TS returning performance bond to $101,000 6/12/02 (1 page) |
| 43. | 4139-4140 | Analysis of Effects of Survey and Manage Results for the Pigout Timber Sale |
| 44. | 4141 | Letter - Pigout TS, annual plan of operation for Pigout, no logging activity planned for 2003 season |
| 45. | 4152-4178 | Confidential Information Letter - Pigout Timber Sale Contract No. 087459, claim in the amount of $1,445,256 plus interest, plus attached charts of damages |

| | | |
|---|---|---|
| 46. | 4186 | Letter - on 11/10/2004 I received your clam dated 11/9/2004 and will not be able to render a decision by March 10, 2005 but will render a decision by May 9, 2005 |
| 47. | 4210 | Letter - Plikat Logging plans to start falling in unit 44 of Pigout June 20, 2005, operation is dangerous, please keep unauthorized parties out of the area |
| 48. | 4263 | Letter - Pigout Timber Sale, annual plan of operations |
| 49. | 4726-4728 | Analysis of Effects of Survey & Manage Results For The Pigout Timber Sale |
| 50. | 6064-6083 | Text for newspaper ad |
| 51. | 6065-6083 | Timber Sale Prospectus, Umpqua National Forest, Pigout Sale |
| 52. | 6168-6262 | Timber Sale Contract, Pigout No. 087459 |
| 53. | 6263 | Letter – Pigout TS adds CT9110 to Pigout Contract 2/3/00 (1 page) |
| 54. | 6269-6272 | Letter Pigout TS - Reduction of Performance Bond 2/14/00 (4 pages) |
| 55. | 6384 | Letter - reconfirmation of bids on Pigout, Jigsaw, and Whitebird timber sales for an additional 90 days |
| 56. | 6392 | Letter - reducing downpayment – 12/28/99 (1 page) |
| 57. | 6442 | Letter - Pigout Sale, annual Plan of operations for 2003, no logging activity planned |
| 58. | 6443 | Letter - Pigout Timber Sale, General Plan of Operations for 2004-2006 |
| 59. | 4189-4198 | Contracting Officer's Findings and Decision, Pigout TS |
| 60. | 9274-9358 | Jigsaw Sale – Invitation for bid and Sale Prospectus |
| 61. | 9359 | Performance Bond for Jigsaw Timber Sale 7/16/99 (2 |

| | | |
|---|---|---|
| | | pages) |
| 62. | 9360 | Performance Bond No. 223-173-01376 7/16/99 (1 page) |
| 63. | 9427-9522 | Jigsaw Timber Sale Contract |
| 64. | 9523-9525 | Agreement to Modify Jigsaw Timber Sale Contract by adding CT0.110 2/14/00 (3 pages) |
| 65. | 9540-9541 | Award letter - change of termination date of Jigsaw Timber Sale Contract No. 08467 due to delay awaiting resolution of lawsuit, other instructions 7/8/99 (2 pages) |
| 66. | 9543-9544 | Letter - approved copies of contract and performance bond for Jigsaw are enclosed. Designations of FSR and ER |
| 67. | 9545-9546 | Letter - Jigsaw, Pigout , Whitebird. In an order dated August 26, 1999, U.S. District Judge Dwyer enjoined the Umpqua National Forest from approving a plan of operations for or proceeding with operations of above sale 8/31/99 (2 pages) |
| 68. | 9548 | Letter – Jigsaw TS reducing down payment to $6684 12/28/99 (1 page) |
| 69. | 9549 | Letter – Jigsaw TS Modification of contract to add CT9.110 2/3/00 (1 page) |
| 70. | 9552 | Letter - Jigsaw TS – enclosing agreement to modify contract to add CT9.110 2/10/00 (2 pages) |
| 71. | 9553 | Modification of Jigsaw TS - to reduce bond to $15,700 2/14/00 (1 page) |
| 72. | 9572 | Letter - Jigsaw TS this is annual plan of operations |
| 73. | 9578-9580 | Court Document No. 02-35316, D. C. No. CV-01-03079-AA Memorandum, Not for Publication, Headwaters v. USBLM |
| 74. | 9581 | Letter - Jigsaw Timber Sale, Contract No. 087467, is now available for operations, performance bond will |

| | | |
|---|---|---|
| | | need to be restored |
| 75. | 9596-9622 | Confidential Information letter - Jigsaw Timber Sale Contact No. 087467, claim in the amount of $3,489,380 plus interest, plus attached charts of damages |
| 76. | 9623 | Letter - I received your claim 11/10/04 regarding Jigsaw, I will render a decision by 01/09/05 |
| 77. | 9630 | Letter - Jigsaw TS #087467, Scott Timber Co., plans to have no activity on Jigsaw TS this operating season (3/4/05) |
| 78. | 9633-9642 | Letter - Jigsaw Sale, Contract No. 087467, Contracting Officer's Findings and Decision, in response to claim dated 11/09/04 |
| 79. | 9899-9918 | Timber Sale Prospectus, Umpqua National Forest, Whitebird Sale |
| 80. | 9919-9920 | Notice of National Forest Timber for Sale, Umpqua National Forest, the Whitebird Sale, published in the Roseburg News Review |
| 81. | 9949-10094 | Whitebird Timber Sale Contract |
| 82. | 10096-10098 | Agreement to Modify Whitebird Contract by adding CT9.110 - Temporary Reduction of Performance Bond 2/14/00 (3 pages) |
| 83. | 10118-10120 | Performance Bond 2351 18 061356 for Whitebird Timber Contract 7/16/99 (3 pages) |
| 84. | 10121 | Addition of Whitebird to Blanket Payment Bond 8/24/99 (1 page) |
| 85. | 10122-10123 | Whitebird performance bond decreased from $147,000 to $23,750 2/14/00 (2 pages) |
| 86. | 10126-10127 | Whitebird performance bond increased from $23,750 to $147,000 6/10/03 (2 pages) |
| 87. | 10141-10143 | Request for Refund of Timber Sale Deposits $143,276 |

| | | |
|---|---|---|
| | | Whitebird Timber Sale 1/19/00 (3 pages) |
| 88. | 10187 | Letter – Whitebird TS requesting reduction of down payment 11/30/99 (1 page) |
| 89. | 10188 | Letter – Whitebird TS reducing downpayment 12/28/99 (1 page) |
| 90. | 10180-10182 | Letter - Award letter, change of termination date of Whitebird Timber Sale Contract No. 087475 due to delay awaiting resolution of lawsuit, other instructions, and copy of receipt for certified mail |
| 91. | 10194 | Letter – enclosing decrease riders of performance bonds 3/8/00 (1 page) |
| 92. | 10221 | Letter – enclosing increase bond riders for performance bond 6/12/03 (1 page) |
| 93. | 10219-10220 | Letter - Whitebird TS, Contract No. 087475, sale is available for operations except unit 40, and copy of Certified Mail Receipt |
| 94. | 10261 | Letter - I received your claim dated 11/9/04 regarding Whitehead Timber Sale, will render a decision by Jan. |
| 9, | | 2005 |
| 95. | 10267 - 10278 | Letter- Whitebird Sale, Contract No. 087475, Contracting Officer's Findings and Decision |
| 96. | | Forestry Forum Newsletter, Sept. 11, 1998 |
| 97. | | Forestry Forum Newsletter, Dec. 16, 1998 |
| 98. | | Forestry Forum Newsletter, March 19, 1999 |
| 98. | 310-311 | S & M Conference call notes 1/12/00 (2 pages) |
| 99. | 312-314 | Request for info re: how much $ will each forest need to comply with S & M requirements 2/11/00 (3 pages) |
| 100. | 315-318 | Umpqua Nat'l Forest response re S & M budget info request 2/29/00 (4 pages) |

| | | |
|---|---|---|
| 101. | 448-453 | FS/BLM Memorandum re: Implementation of Survey and Manage Component 2 "Survey prior to Ground-Disturbing Activities" Standard and Guidelines. 11/1/96 (6 pages) |
| 102. | 487-491 | FS/BLM Memorandum re: Implementation of Survey and Manage Component 2 and Protection Buffer Standards and Guidelines Regarding "Survey Prior to Ground-Disturbing Activities" (5 pages) |
| 103. | 507-510 | Memorandum From Survey and Manage SEIS Team 9/23/99 (4 pages) |
| 104. | 518-522 | Interim Report - Status of Survey and Manage Species on Enjoined Sales January, 2000 (5 pages) |
| 105. | 3099-3111 | Letter - Survey and Manage Survey Protocols - Bryophytes with attached Survey Strategy 2 Protocol Version 2.0 (13 pages) |
| 106. | 3128-3140 | Memo - Survey and Manage Protocols Lichens, with attached Survey Protocol for Compinent 2 Lichen Pseudocyphellaria rainierensis Version 2.0, March 12, 1998 |
| 107. | 3206-3271 | Letter - Survey and Manage Survey Protocols - Mollusks, with attached version 2.0 Survey Protocol for Aquatic Mollusk Species from the Northwest Forest Plan Version 2.0 - October 29, 1997 |
| 108. | 3272-3274 | Letter - Field Review of Management Recommendations: Survey and Manage Fungi and Bryophytes |
| 109. | 3288-3307 | Memo - Extension of Draft Interim Guidance for Survey and Manage Component 2 Species: Red Tree Vole, with attached 11/04/1996 memo direction |
| 110. | 3324-3332 | Letter - Survey and Manage/Protection Buffer Survey Questionnaire |
| 111.<br><br>and | 3333-3432 | Letter - Survey and Manage Survey protocols - Vascular, with attached Survey Protocols for Survey Manage Strategy 2 Vascular Plants V. 2.0 December |

| | | |
|---|---|---|
| | | 1998 |
| 112. | 3472-3475 | Umpqua National Forest Standards for Non-vascular Plant and Survey & Manage Species, re: Forest guidance on protocols and management recommendations |
| 113. | 3476-3522 | Letter - Survey and Manage Survey Protocols - Protection Buffer Bryophytes v. 2.0, with attached Survey Protocols for Protection Buffer Bryophytes version 2.0 |
| 114. | 3523-3534 | Memo - Transmittal of Survey Protocol for Seven Survey and Manage Protection Buffer Fungi (v. 1.3), with attached Survey Protocols Version 1.3 |
| 115. | 3535-3570 | Letter - Survey and Manage Protocol - Oregon Red Tree Vole (*Arborimus lonicaudus)* Version 2.0, with attached survey protocol Version 2.0 |
| 116. | 7289-7290 | Survey and manage Fungi, Lichen, & Bryophytes found in the Enjoined Sales |
| 117. | 8041-8106 | Letter - Survey and Manage Survey Protocols - Mollusks, with attached version 2.0 Survey Protocol for Aquatic Mollusk Species form the Northwest Forest Plan Version 2.0 - October 29, 1997 |
| 118. | 8113-8122 | Letter - Survey and Manage Survey Protocols - Fungus, with attached Version 2.0 Survey Protocols for Fungi |
| 119. | 8168-8267 | Letter - Survey and Manage Survey Protocols - Vascular, with attached Survey Protocols for Survey Manage Strategy 2 Vascular Plants V 2.0, December 1998 |
| 120. | 8307-8310 | Umpqua National Forest Standard for Nonvascular Plant and Survey & Manage Species, re: Forest guidance on protocols and management recommendations |
| 121. | 8311-8357 | Letter - Survey and Manage Survey Protocols - Protection Buffer Bryophytes v. 2.0 with attached Survey Protocols for Protection Buffer Bryophytes |

| | | |
|---|---|---|
| | | version 2.0 |
| 122. | 8358-8369 | Memo - Transmittal of Survey Protocol for Seven Survey and Manage Protection Buffer Fungi (v.1.3) With attached Survey Protocols Version 1.3 |
| 123. | 8370-8405 | Letter - Survey and Manage Protocol Oregon Red Tree Vole (Arborimus lonicaudus) Version 2.0 with attached survey protocol Version 2.0 |
| 124. | 12843-12847 | Attachment 1-RTV Survey Protocol Revisions, replaces sections in Version 2.0 |
| 125. | 454-458 | FS/BLM Memorandum re: Interim Guidance for Survey and Manage Component 2 Species: Red Tree Vole 11/4//96 (5 pages) |
| 126. | 462-480 | Biology and Interim Survey Protocol for the Red Tree Vole September, 1996 (9 pages) |
| 127. | 529 | Letter re: Red Tree Vole Surveys 1/24/00 (1 page) |
| 128. | 7370 | FY 2000 Red Tree Vole Climbing Needs: Diamond Lake R.D. |
| 129. | 4498-4587 | Survey and Manage Botany Surveys |
| 130. | 4588-4622 | Survey and Manage Red Tree Vole Surveys |
| 131. | 4623-4725 | Survey and Manage Mollusk Surveys |
| 132. | 7344-7364 | Solicitation for Survey Services (20 pages) |
| 133. | 12525-12559 | Various Botany (fungi, lichen bryophyte) Surveys for Units 1,2,3,4,5,7,8 of the Jigsaw Timber Sale |
| 134. | 12560-12596 | Various Red Tree Vole Surveys for Units 1,2,3,4,5,7,8 of the Jigsaw Timber Sale |
| 135. | 12597-12736 | Various Terrestrial Mollusk Surveys for Units 1,2,3,4,5,6,7,8, and a right-of-way on the Jigsaw Timber Sale |

| | | |
|---|---|---|
| 136. | 12849-12900 | Various Red Tree Vole Surveys for Whitebird Units 9, 25, 32, 33, 40, 41 |
| 137. | 12901-12947 | Various Botany Surveys for Whitebird Units 9, 25, 27, 32, 33, 40, 41 |
| 138. | 12948-13087 | Various Mollusk surveys for Whitebird Units 9, 25, 27, 32, 33, 40, 41, 42(R/W) |

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Joan M. Stentiford
JOAN M. STENTIFORD
ELLEN M. LYNCH
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Flr.
1100 L Street, NW
Washington, D.C. 20530
Tel. (202) 616-0341
Fax (202) 616-8624

Attorneys for Defendant

OF COUNSEL:

Rebecca Harrison
Office of General Counsel
USDA - Forest Service
1734 Federal Building
1220 S.W. Third Avenue
Portland, Oregon 97204

May 30, 2008

Certificate of Filing

I hereby certify that on this 30th day of May, 2008, a copy of "Defendant's Exhibit List" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joan M. Stentiford
Joan M. Stentiford