IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SCOTT TIMBER CO., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 05-708C (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S WITNESS LIST

Pursuant to the Court's March 14, 2008 Order, and in accordance with Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), defendant submits the following list of witnesses. This list does not include all witnesses that the defendant may choose to use for impeachment. See RCFC, App. A ¶ 15(a). Defendant reserves the right to amend this listing as described in the Court's rules or in response to the Court's rulings upon any motions *in limine* filed by plaintiffs. Defendant also reserves the right to call all witnesses listed on plaintiffs' witness list. Finally, defendant reserves the right to identify additional witnesses for authentication of documents based upon the objections ultimately asserted by plaintiffs in response to the exhibit list served in this case.

Government Employees (Present and Former)

1. **John R. Hickenbottom**
U.S. Forest Service
19316 Goddard Ranch Court.
Morrison, CO 80465

Mr. Hickenbottom is the District Ranger on the South Platte Ranger District, Pike and San Isabel National Forest, Comanche Cimarron National Grasslands, in the Rocky Mountain Region of the United States Department of Agriculture-Forest Service ("Forest Service"). Prior

to assuming this position in 1999, Mr. Hickenbottom was the Threatened, Endangered, and Sensitive Species Program Manager or Assistant Program Manager in two different regions, where he advised Forest Service leadership on issues related to Threatened, Endangered, and Sensitive Species. Mr. Hickenbottom is expected to testify regarding the establishment of the Northwest Forest Plan ("NFP"), the role the Federal Ecosystem Management Assessment Team ("FEMAT") played in establishing the NFP, and the survey and manage mitigation measures associated with the NFP, including the development and implementation of survey protocols. Mr. Hickenbottom is also expected to testify regarding the development of the Red Tree Vole Memo, dated November 4, 1996.

2. **Tom Hussey**
U.S. Forest Service
Resource Planning & Monitoring; 5th floor
333 SW First Av.; PO Box 3623
Portland, OR 97208

Mr. Hussey is the Policy Planner on the Resource Planning and Monitoring staff for the Pacific Northwest Region (R6) whose major duties include implementation of the NFP. Mr. Hussey is expected to testify regarding the NFP, the formal interagency structure established by the NFP, and the survey and manage mitigation measures. As a member of the NFP Issue Resolution Team ("IRT"), Mr. Hussey is also expected to testify regarding the NFP IRT generally, and, in particular, the development of the NEPA Equals Implementation Memo, dated November 1, 1996.

3. **Richard O. Fitzgerald**
U.S. Forest Service
Washington, D.C.

Mr. Fitzgerald is the Assistant Director of Forest Management in the Washington, D.C. Office of the United States Department of Agriculture, Forest Service. Mr. Fitzgerald is expected to testify regarding the involvement of the timber industry in the development of the specific provisions contained in federal timber contracts, particularly the 2400-6/6T timber contract.

4. **Cheryl McCaffrey**
United States Bureau of Land Management
Retired

Ms. McCaffrey held the position of Survey and Manage Program, Bureau of Land Management ("BLM") representative from 1995 until her retirement in 2001. Ms. McCaffrey is expected to testify regarding the NFP, the Survey and Manage working group, and the development and implementation of survey protocols.

5. **Larry Larson**
U.S. Bureau of Land Management
Retired

Mr. Larson held the position of Oregon State Silviculturalist for the BLM from 1992 until his retirement in 2005. Mr. Larson is expected to testify regarding the NFP, the formal interagency structure established by the NFP, and the survey and manage mitigation measures.

6. **Robert Devlin**
U.S. Forest Service
Retired

Mr. Devlin held the position of Director of Natural Resources for the FS from 1994 until his retirement in 2000. Mr. Devlin is expected to testify regarding the Forest Service's mission,

the NFP, and policy decisions related to the NFP.

7. **Tom Nygren**
U.S. Forest Service
Retired

Mr. Nygren held the position of Director of Strategic Planning in the Forest Service's regional office for the Pacific Northwest Region from 1988 through 1997. Mr. Nygren is expected to testify regarding the NFP and the interagency infrastructure established by the NFP, including the Interagency Management Group ("IMG").

8. **Brenda Woodard**
U.S. Forest Service
Retired

Ms. Woodard held the position of Timber Sale Contracting Officer and Timber Sale Program Manager for the Umpqua National Forest from 1996 until her retirement in 2005. Ms. Woodard is expected to testify, for all three sales at issue, regarding the timber sale prospectus announcement, the timber sale auction, contract award and administration (both prior to and during suspension), and ascertaining that the FS has completed all requirements for offering the contract and lifting the suspension.

9. **Steven R. Nelson**
U.S. Forest Service
2900 N.W. Stewart Parkway
Roseburg, OR 97470

Mr. Nelson is currently the Timber Sale Contracting Office for the Umpqua National Forest. From 1994 through 2004, Mr. Nelson was the Timber Management Assistant and District Engineer on the Diamond Lake Ranger District of the Umpqua National Forest. Mr. Nelson is expected to testify regarding the NFP survey and manage protocols, and the red tree vole surveys. Mr. Nelson is also expected to testify regarding contract administration.

10. **Jeff Bohler**
Diamond Lake Ranger District
2020 Toketee Ranger Station Road
Idleyld Park, OR 97447

Mr. Bohler is a Wildlife Biologist working in the Diamond Lake Ranger District of the Umpqua National Forest. Mr. Bohler is expected to testify regarding performing the wildlife surveys for Category 2 species, and the methods used to conduct the surveys on the Pigout, Whitebird, and Jigsaw timber sales.

11. **Richard Helliwell**
U.S. Forest Service
2900 NW Stewart Parkway
Roseburg, OR 97470

Mr. Helliwell is a Forest Botanist working in the Diamond Lake Ranger District of the Umpqua National Forest. Mr. Helliwell is expected to testify regarding performing the botany surveys for Category 2 species, and the methods used to conduct the surveys on the Pigout, Whitebird, and Jigsaw timber sales.

12. **Allyn Ford**
Roseburg Forest Products/Scott Timber Co.

Mr. Ford is the President and CEO of Roseburg Forest Products, the parent company of Scott Timber Company. Mr. Ford is expected to testify regarding considerations relating to environmental litigation in the Pacific Northwest, and Scott Timber's handling of timber sales.

13. **Michael Bormuth**
Roseburg Forest Products/Scott Timber Company

Mr. Bormuth is a Timber Appraiser for Scott Timber Company. Mr. Bormuth is expected to testify regarding his role appraising timber sales.

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Flr.
1100 L Street, NW
Washington, D.C. 20530
Tel. (202) 616-0341
Fax (202) 616-8624

OF COUNSEL:

Rebecca Harrison
Office of General Counsel
USDA - Forest Service
1734 Federal Building
1220 S.W. Third Avenue
Portland, Oregon 97204

May 30, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 30th day of May, 2008, a copy of "Defendant's Response to Plaintiffs' Cross-Motion For Summary Judgment" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Joan M. Stentiford