**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SCOTT TIMBER CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 05-708C |
| THE UNITED STATES, | ) | (Judge Lettow) |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO EXCLUDE CERTAIN DOCUMENTS ON DEFENDANT'S TRIAL EXHIBIT LIST**

Pursuant to the Court's Order of April 23, 2008 and paragraph 14(a)(3) of Appendix A to the Rules of the United States Court of Federal Claims, plaintiff submits this motion to object to certain of defendant's trial exhibits and respectfully moves the Court to order the exclusion of those exhibits on the grounds noted in the attached list. Plaintiff's objections to the documents are based on a review of the documents themselves without direct knowledge of defendant's intended use. Plaintiff reserves the right to raise other objections as appropriate during the course of trial if the Court does not issue an order excluding the exhibits to which plaintiff has objected in this motion.

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Ruth G. Tiger
Eric J. Pohlner
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: June 10, 2008

| Exhibit No. | Defendant's Description | Plaintiff's Objections | Notes |
|---|---|---|---|
| **1** | Record of Decision and Standards and Guidelines for Amendments to the Survey and Manage, Protection Buffer, and other Mitigation Measures Standards and Guidelines (155 pages) | No present objection. | |
| **2** | Report from the Forest Ecosystem Management Team ("FEMAT Report") | No present objection, if prior to the pre-trial conference defendant identifies the pages of this lengthy on which it intends to reply. Otherwise, plaintiff objects to the document as irrelevant. | |
| **3** | Appendix J-2 to Final Supplemental Environmental Impact Statement | No present objection, if prior to the pre-trial conference defendant identifies the pages of this lengthy on which it intends to reply. Otherwise, plaintiff objects to the document as irrelevant. | |
| **4** | Attendance List At Forest Timber Sale Contract Meeting 8/4/71 (1 page) | Irrelevant; Not Authenticated; Hearsay. | |
| **5** | Memo to Regional Foresters re: proposed provisions to the 2400-6 timber contract 3/19/71 (2 page) | Irrelevant; Not Authenticated. | |
| **6** | Letter from National Forest Products Association to Forest Service re: proposed provisions to federal timber contracts, with industry input 10/12/71 (6 pages) | Irrelevant; Not Authenticated. | |

| Exhibit No. | Defendant's Description | Plaintiff's Objections | Notes |
|---|---|---|---|
| **7** | Forest Service Memo to Regional Foresters, regarding proposed provisions to federal timber contracts 11/2/71 (4 pages) | Irrelevant; Not Authenticated. | |
| **8** | Notes from Staff Meeting 11/23/1987 (2 pages) | Irrelevant; Not Authenticated; Hearsay. | |
| **9** | Forest Service position paper on Timber Sale Contract Review 11/23/87 (9 pages) | Irrelevant; Not Authenticated. | |
| **10** | Timber Sale Contract Revision 12/87 (4 pages) | Irrelevant; Not Authenticated. | |
| **11** | Notes re: Timber Sale Contract Provisions undated (3 pages) | Irrelevant; Not Authenticated. | |
| **12** | Comments on the National Forest Products Association Summary of Meeting 12/4/87 (1 page) | Irrelevant; Not Authenticated; Hearsay. | |
| **13** | Electronic mail message regarding Contract Revision Meeting between Forest Service and Timber Industry 12/7/87 (1 page) | Irrelevant; Not Authenticated. | |
| **14** | Letter From Idaho Forest Industries, Inc. to Forest Service re revised timber sale contract provisions. 12/29/87 (2 pages) | Irrelevant; Not Authenticated. | |

| Exhibit No. | Defendant's Description | Plaintiff's Objections | Notes |
|---|---|---|---|
| **15** | Letter From Forest Service to National Forest Products Association 11/1/89 (5 pages) | Irrelevant; Not Authenticated. | |
| **16** | Letter From National Forest Products Association to Forest Service 7/23/90 (3 pages) | Irrelevant; Not Authenticated. | |
| **17** | Letter From National Forest Products Association to Forest Service 7/23/90 (3 pages) | Irrelevant; Not Authenticated. | |
| **18** | Letter From National Forest Products Association 12/4/89 (6 pages) | Irrelevant; Not Authenticated. | |
| **19** | Letter from National Forest Products Association 1/5/90 (4 pages) | Irrelevant; Not Authenticated. | |
| **20** | Letter from National Forest Products Association 5/1/90 (4 pages) | Irrelevant; Not Authenticated. | |
| **21** | Letter from Forest Service to American Forest and Paper Association 10/31/00 (13 pages) | Irrelevant; Not Authenticated. | |
| **22** | Letter from American Forest Resource Council 3/22/01 (2 pages) | Irrelevant; Not Authenticated. | |
| **23** | Memorandum concerning revisions to the 2400-6T Contract 3/29/01 (3 pages) | Irrelevant; Not Authenticated. | |

| Exhibit No. | Defendant's Description | Plaintiff's Objections | Notes |
|---|---|---|---|
| **24** | Text for newspaper ad and Timber Sale Prospectus, Umpqua National Forest, Pigout Sale, notes possible delay of award due to period for appeal of the decision not expired | No present objection if authenticated by author or witness who can testify about contents. | |
| **25** | Procurement request and copy of ad in the Roseburg News Review: National Forest Timber for Sale, Umpqua National Forest, Pigout Sale | No present objection if authenticated by author or witness who can testify about contents. | |
| **26** | Timber Sale Contract, Pigout Contract # 087459 | No present objection, but not complete contract. Sale area map is missing. | |
| **27** | Letter re: Modification of Pigout Timber Sale Contract 2/14/00 (3 pages) | Irrelevant. | |
| **28** | Letter re: Blanket Payment Bond - Pigout Contract 8/16/99 (1 page) | Irrelevant. | |
| **29** | Decrease rider, Bond 235115 061356 from $101,000 to $5050 2/18/00 (2 pages) | Irrelevant. | |
| **30** | Surety Bond Rider, Liberty Replaces Wausau 1/1/02 (2 pages) | Irrelevant. | |
| **31** | Increase rider, Bond 2351 15 061356 from $5050 to $101,000 6/12/02 (2 pages) | Irrelevant. | |

| Exhibit No. | Defendant's Description | Plaintiff's Objections | Notes |
|---|---|---|---|
| **32** | Letter reconfirming bids on Pigout, Jigsaw, and Whitebird Timber Sales for 90 days 5/11/99 (1 page) | No present objection. | |
| **33** | Letter - Change of termination date of Pigout Timber Sale Contract No. 087459 due to delay awaiting resolution of lawsuit, other instructions | No present objection if authenticated by author or witness who can testify about contents. | |
| **34** | Letter - Pigout Timber Sale - Contract No. 087459, enclosed signed Contracts, Perf. Bond, and Surety Rider | No present objection. | |
| **35** | Letter - Pigout Timber Sale, Contract No. 087459, Notification of Judge Dwyer order 08/26/99 that enjoined the Umpqua NF from approving a plan of operations for Pigout Timber Sale | No present objection. | |
| **36** | Letter - Pigout Timber Sale, reducing downpayment on Pigout TS 12/28/99 (1 page) | Irrelevant. | |
| **37** | Letter - Pigout Timber Sale - Modification of contract to add CT9.110 2/3/00 | Irrelevant. | |

| Exhibit No. | Defendant's Description | Plaintiff's Objections | Notes |
|---|---|---|---|
| **38** | Letter enclosing agreement to modify Pigout contract 2/10/00 (1 page) | Irrelevant. | |
| **39** | Letter Modification of Pigout Timber Sale Contract to Reduce Performance Bond 2/14/00 (1 page) | Irrelevant. | |
| **40** | Letter re: Pigout Timber Sale Contract enclosing decrease riders 3/8/00 (1 page) | Irrelevant. | |
| **41** | Letter - Pigout TS, no longer enjoined under ONRC Action lawsuit, is available for operation 6/11/02 (2 pages) | No present objection. | |
| **42** | Letter – Pigout TS returning Performance bond to $101,000 6/12/02 (1 page) | Irrelevant. | |
| **43** | Analysis of Effects of Survey and Manage Results for the Pigout Timber Sale | No present objection if authenticated by author or witness who can testify about contents. | |
| **44** | Letter - Pigout TS, annual plan of operation for Pigout, no logging activity planned for 2003 season | Irrelevant. | |

| Exhibit No. | Defendant's Description | Plaintiff's Objections | Notes |
|---|---|---|---|
| **45** | Confidential Information Letter - Pigout Timber Sale Contract No. 087459, claim in the amount of $1,445,256 plus interest, plus attached charts of damages | No present objection. | |
| **46** | Letter - on 11/10/2004 I received your clam dated 11/9/2004 and will not be able to render a decision by March 10, 2005 but will render a decision by May 9, 2005 | No present objection. | |
| **47** | Letter - Plikat Logging plans to start falling in unit 44 of Pigout June 20, 2005, operation is dangerous, please keep unauthorized parties out of the area | Irrelevant. | |
| **48** | Letter - Pigout Timber Sale, annual plan of operations | Irrelevant. | |
| **49** | Analysis of Effects of Survey & Manage Results For The Pigout Timber Sale | No present objection if authenticated by author or witness who can testify about contents. | |
| **50** | Text for newspaper ad | No present objection to pages 6064-65 if authenticated by author or witness who can testify about contents; 6066-6083 duplicates Defendant's Exhibit 51. | |

| Exhibit No. | Defendant's Description | Plaintiff's Objections | Notes |
|---|---|---|---|
| **51** | Timber Sale Prospectus, Umpqua National Forest, Pigout Sale | No present objection to pages 6066-6083 if authenticated by author or by witness who can testify about contents; 6065 is duplicate of Defendant's Exhibit 50. | |
| **52** | Timber Sale Contract, Pigout No. 087459 | No present objection to pages 6168-6262 as excerpt from the Pigout Contract No. 087459; Defendant's Exhibit 52 is incomplete, missing sale area map. | |
| **53** | Letter – Pigout TS adds CT9110 to Pigout Contract 2/3/00 (1 page) | Irrelevant. | |
| **54** | Letter Pigout TS - Reduction of Performance Bond 2/14/00 (4 pages) | Irrelevant. | |
| **55** | Letter - reconfirmation of bids on Pigout, Jigsaw, and Whitebird timber sales for an additional 90 days | No present objection. | |
| **56** | Letter - reducing downpayment – 12/28/99 (1 page) | Irrelevant. | |
| **57** | Letter - Pigout Sale, annual Plan of operations for 2003, no logging activity planned | Irrelevant. | |
| **58** | Letter - Pigout Timber Sale, General Plan of Operations for 2004-2006 | Irrelevant. | |

| Exhibit No. | Defendant's Description | Plaintiff's Objections | Notes |
|---|---|---|---|
| **59** | Contracting Officer's Findings and Decision, Pigout TS | No present objection. | |
| **60** | Jigsaw Sale – Invitation for bid and Sale Prospectus | No present objection if authenticated by author or witness who can testify about contents. | |
| **61** | Performance Bond for Jigsaw Timber Sale 7/16/99 (2 pages) | Irrelevant. | |
| **62** | Performance Bond No. 223-173-01376 7/16/99 (1 page) | Irrelevant. | |
| **63** | Jigsaw Timber Sale Contract | No present objection to pages 9427-9522 as excerpt from Jigsaw contract; Defendant's Exhibit 63 is incomplete, missing sale area map. | |
| **64** | Agreement to Modify Jigsaw Timber Sale Contract by adding CT0.110 2/14/00 (3 pages) | Irrelevant. | |
| **65** | Award letter - change of termination date of Jigsaw Timber Sale Contract No. 08467 due to delay awaiting resolution of lawsuit, other instructions 7/8/99 (2 pages) | No present objection if authenticated by author or witness who can testify about contents. | |
| **66** | Letter - approved copies of contract and performance bond for Jigsaw are enclosed. Designations of FSR and<br>ER | No present objection if authenticated by author or witness who can testify about contents. | |

| Exhibit No. | Defendant's Description | Plaintiff's Objections | Notes |
|---|---|---|---|
| **67** | Letter - Jigsaw, Pigout , Whitebird. In an order dated August 26, 1999, U.S. District Judge Dwyer enjoined the Umpqua National Forest from approving a plan of operations for or proceeding with operations of above sale 8/31/99 (2 pages) | No present objection. | |
| **68** | Letter – Jigsaw TS reducing down payment to $6684 12/28/99 (1 page) | Irrelevant. | |
| **69** | Letter – Jigsaw TS Modification of contract to add CT9.110 2/3/00 (1 page) | Irrelevant | |
| **70** | Letter - Jigsaw TS – enclosing agreement to modify contract to add CT9.110 2/10/00 (2 pages) | Irrelevant. | |
| **71** | Modification of Jigsaw TS - to reduce bond to $15,700 2/14/00 (1 page) | Irrelevant. | |
| **72** | Letter - Jigsaw TS this is annual plan of operations | Irrelevant. | |

| Exhibit No. | Defendant's Description | Plaintiff's Objections | Notes |
|---|---|---|---|
| **73** | Court Document No. 02-35316,<br>D. C. No. CV-01-03079-AA<br>Memorandum, Not for Publication, Headwaters v. USBLM | Irrelevant. Handwriting not authenticated. | |
| **74** | Letter - Jigsaw Timber Sale, Contract No. 087467, is now available for operations, performance bond will need to be restored | No present objection. | |
| **75** | Confidential Information letter - Jigsaw Timber Sale Contact No. 087467, claim in the amount of $3,489,380 plus interest, plus attached charts of damages | No present objection. | |
| **76** | Letter - I received your claim 11/10/04 regarding Jigsaw, I will render a decision by 01/09/05 | Irrelevant. | |
| **77** | Letter - Jigsaw TS #087467, Scott Timber Co., plans to have no activity on Jigsaw TS this operating season (3/4/05) | Irrelevant. | |

| Exhibit No. | Defendant's Description | Plaintiff's Objections | Notes |
|---|---|---|---|
| **78** | Letter - Jigsaw Sale, Contract No. 087467, Contracting Officer's Findings and Decision, in response to claim dated 11/09/04 | No present objection. | |
| **79** | Timber Sale Prospectus, Umpqua National Forest, Whitebird Sale | No present objection to pages 9899-9918 if authenticated by author or witness who can testify about contents. | |
| **80** | Notice of National Forest Timber for Sale, Umpqua National Forest, the Whitebird Sale, published in the Roseburg News Review | Irrelevant; Not Authenticated. | |
| **81** | Whitebird Timber Sale Contract | No present objection to pages 9949-10094 as excerpts from the Whitebird Contract. Defendant's Exhibit 81 is incomplete, missing sale area map. | |
| **82** | Agreement to Modify Whitebird Contract by adding CT9.110 - Temporary Reduction of Performance Bond 2/14/00 (3 pages) | Irrelevant. | |
| **83** | Performance Bond 2351 18 061356 for Whitebird Timber Contract 7/16/99 (3 pages) | Irrelevant. | |
| **84** | Addition of Whitebird to Blanket Payment Bond 8/24/99 (1 page) | Irrelevant. | |

| Exhibit No. | Defendant's Description | Plaintiff's Objections | Notes |
|---|---|---|---|
| **85** | Whitebird performance bond decreased from $147,000 to $23,750 2/14/00 (2 pages) | Irrelevant. | |
| **86** | Whitebird performance bond increased from $23,750 to $147,000 6/10/03 (2 pages) | Irrelevant. | |
| **87** | Request for Refund of Timber Sale Deposits $143,276 Whitebird Timber Sale 1/19/00 (3 pages) | Irrelevant. | |
| **88** | Letter – Whitebird TS requesting reduction of down payment 11/30/99 (1 page) | Irrelevant. | |
| **89** | Letter – Whitebird TS reducing downpayment 12/28/99 (1 page) | Irrelevant. | |
| **90** | Letter - Award letter, change of termination date of Whitebird Timber Sale Contract No. 087475 due to delay awaiting resolution of lawsuit, other instructions, and copy of receipt for certified mail | No present objection if authenticated by author or witness who can testify about contents. | |

| Exhibit No. | Defendant's Description | Plaintiff's Objections | Notes |
|---|---|---|---|
| **91** | Letter – enclosing decrease riders of performance bonds 3/8/00 (1 page) | Irrelevant. | |
| **92** | Letter – enclosing increase bond riders for performance bond 6/12/03 (1 page) | Irrelevant. | |
| **93** | Letter - Whitebird TS, Contract No. 087475, sale is available for operations except unit 40, and copy of Certified Mail Receipt | No present objection. | |
| **94** | Letter - I received your claim dated 11/9/04 regarding Whitehead Timber Sale, will render a decision by Jan. 9, 2005 | Irrelevant. | |
| **95** | Letter- Whitebird Sale, Contract No. 087475, Contracting Officer's Findings and Decision | No present objection. | |
| **96** | Forestry Forum Newsletter, Sept. 11, 1998 | Irrelevant; Hearsay. | |
| **97** | Forestry Forum Newsletter, Dec. 16, 1998 | Irrelevant; Hearsay. | |
| **98** | Forestry Forum Newsletter, March 19, 1999 | Irrelevant; Hearsay. | |
| **98A** | S & M Conference call notes 1/12/00 (2 pages) | No present objection if authenticated by author or witness who can testify about contents. | |

| Exhibit No. | Defendant's Description | Plaintiff's Objections | Notes |
|---|---|---|---|
| **99** | Request for info re: how much $ will each forest need to comply with S & M requirements 2/11/00 (3 pages) | No present objection if authenticated by author or witness who can testify about contents. | |
| **100** | Umpqua Nat'l Forest response re S & M budget info request 2/29/00 (4 pages) | Irrelevant; Not Authenticated. | |
| **101** | FS/BLM Memorandum re: Implementation of Survey and Manage Component 2 "Survey prior to Ground-Disturbing Activities" Standard and Guidelines. 11/1/96 (6 pages) | No present objection. | |
| **102** | FS/BLM Memorandum re: Implementation of Survey and Manage Component 2 and Protection Buffer Standards and Guidelines Regarding "Survey Prior to Ground-Disturbing Activities" (5 pages) | No present objection if authenticated by author or witness who can testify about contents. | |
| **103** | Memorandum From Survey and Manage SEIS Team 9/23/99 (4 pages) | Irrelevant; Not Authenticated. | |
| **104** | Interim Report - Status of Survey and Manage Species on Enjoined Sales January, 2000 (5 pages) | No present objection if authenticated by author or witness who can testify about contents. | |

| Exhibit No. | Defendant's Description | Plaintiff's Objections | Notes |
|---|---|---|---|
| **105** | Letter - Survey and Manage Survey Protocols - Bryophytes with attached Survey Strategy 2 Protocol Version 2.0 (13 pages) | Irrelevant; Not Authenticated. | |
| **106** | Memo - Survey and Manage Protocols Lichens, with attached Survey Protocol for Compinent 2 Lichen Pseudocyphellaria rainierensis Version 2.0, March 12, 1998 | Irrelevant; Not Authenticated. | |
| **107** | Letter - Survey and Manage Survey Protocols - Mollusks, with attached version 2.0 Survey Protocol for Aquatic Mollusk Species from the Northwest Forest Plan Version 2.0 - October 29, 1997 | Irrelevant; Not Authenticated. | |
| **108** | Letter - Field Review of Management Recommendations: Survey and Manage Fungi and Bryophytes | Irrelevant; Not Authenticated. | |

| Exhibit No. | Defendant's Description | Plaintiff's Objections | Notes |
|---|---|---|---|
| **109** | Memo - Extension of Draft Interim Guidance for Survey and Manage Component 2 Species: Red Tree Vole, with attached 11/04/1996 memo direction | No present objection. | |
| **110** | Letter - Survey and Manage/Protection Buffer Survey Questionnaire | Irrelevant; Not Authenticated. | |
| **111** | Letter - Survey and Manage Survey protocols - Vascular, with attached Survey Protocols for Survey and Manage Strategy 2 Vascular Plants V. 2.0 December 1998 | Irrelevant; Not Authenticated; Duplicate of Exhibit 119. | |
| **112** | Umpqua National Forest Standards for Non-vascular Plant and Survey & Manage Species, re: Forest guidance on protocols and management recommendations | Irrelevant; Not Authenticated; Duplicate of Exhibit 120. | |

| Exhibit No. | Defendant's Description | Plaintiff's Objections | Notes |
|---|---|---|---|
| **113** | Letter - Survey and Manage Survey Protocols - Protection Buffer Bryophytes v. 2.0, with attached Survey Protocols for Protection Buffer Bryophytes version 2.0 | Irrelevant; Not Authenticated; Duplicate of Exhibit 121. | |
| **114** | Memo - Transmittal of Survey Protocol for Seven Survey and Manage Protection Buffer Fungi (v. 1.3), with attached Survey Protocols Version 1.3 | Irrelevant; Not Authenticated; Duplicate of Exhibit 122. | |
| **115** | Letter - Survey and Manage Protocol - Oregon Red Tree Vole (*Arborimus lonicaudus)* Version 2.0, with attached survey protocol Version 2.0 | No present objection if authenticated by author or witness who can testify about contents; Duplicate of Exhibit 123. | |
| **116** | Survey and manage Fungi, Lichen, & Bryophytes found in the Enjoined Sales | No present objection if authenticated by author or witness who can testify about contents. | |

| Exhibit No. | Defendant's Description | Plaintiff's Objections | Notes |
|---|---|---|---|
| **117** | Letter - Survey and Manage Survey Protocols - Mollusks, with attached version 2.0 Survey Protocol for Aquatic Mollusk Species form the Northwest Forest Plan Version 2.0 - October 29, 1997 | Irrelevant; Not Authenticated. | |
| **118** | Letter - Survey and Manage Survey Protocols - Fungus, with attached Version 2.0 Survey Protocols for Fungi | Irrelevant; Not Authenticated. | |
| **119** | Letter - Survey and Manage Survey Protocols - Vascular, with attached Survey Protocols for Survey Manage Strategy 2 Vascular Plants V 2.0, December 1998 | Irrelevant; Not Authenticated; Duplicate of Exhibit 111. | |
| **120** | Umpqua National Forest Standard for Nonvascular Plant and Survey & Manage Species, re: Forest guidance on protocols and management recommendations | Irrelevant; Not Authenticated; Duplicate of Exhibit 112. | |

| Exhibit No. | Defendant's Description | Plaintiff's Objections | Notes |
|---|---|---|---|
| **121** | Letter - Survey and Manage Survey Protocols - Protection Buffer Bryophytes v. 2.0 with attached Survey Protocols for Protection Buffer Bryophytes version 2.0 | Irrelevant; Not Authenticated; Duplicate of Exhibit 113. | |
| **122** | Memo - Transmittal of Survey Protocol for Seven Survey and Manage Protection Buffer Fungi (v.1.3) With attached Survey Protocols Version 1.3 | Irrelevant; Not Authenticated; Duplicate of Exhibit 114. | |
| **123** | Letter - Survey and Manage Protocol Oregon Red Tree Vole (Arborimus lonicaudus) Version 2.0 with attached survey protocol Version 2.0 | No present objection if authenticated by author or witness who can testify about contents. | |
| **124** | Attachment 1-RTV Survey Protocol Revisions, replaces sections in Version 2.0 | No present objection if authenticated by author or witness who can testify about contents. | |
| **125** | FS/BLM Memorandum re: Interim Guidance for Survey and Manage Component 2 Species: Red Tree Vole 11/4//96 (5 pages) | No present objection. | |
| **126** | Biology and Interim Survey Protocol for the Red Tree Vole September, 1996 (9 pages) | No present objection if authenticated by author or witness who can testify about contents. | |

| Exhibit No. | Defendant's Description | Plaintiff's Objections | Notes |
|---|---|---|---|
| **127** | Letter re: Red Tree Vole Surveys 1/24/00 (1 page) | No present objection if authenticated by author or witness who can testify about contents. | |
| **128** | FY 2000 Red Tree Vole Climbing Needs: Diamond Lake R.D. | No present objection if authenticated by author or witness who can testify about contents. | |
| **129** | Survey and Manage Botany Surveys | Irrelevant; Not Authenticated. | |
| **130** | Survey and Manage Red Tree Vole Surveys | No present objection if authenticated by author or witness who can testify about contents. | |
| **131** | Survey and Manage Mollusk Surveys | Irrelevant; Not Authenticated. | |
| **132** | Solicitation for Survey Services (20 pages) | Irrelevant; Not Authenticated. | |
| **133** | Various Botany (fungi, lichen bryophyte) Surveys for Units 1,2,3,4,5,7,8 of the Jigsaw Timber Sale | Irrelevant; Not Authenticated. | |
| **134** | Various Red Tree Vole Surveys for Units 1,2,3,4,5,7,8 of the Jigsaw Timber Sale | No present objection if authenticated by author or witness who can testify about contents. | |
| **135** | Various Terrestrial Mollusk Surveys for Units 1,2,3,4,5,6,7,8, and a right-of-way on the Jigsaw Timber Sale | Irrelevant; Not Authenticated. | |
| **136** | Various Red Tree Vole Surveys for Whitebird Units 9, 25, 32, 33, 40, 41 | No present objection if authenticated by author or witness who can testify about contents. | |

| Exhibit No. | Defendant's Description | Plaintiff's Objections | Notes |
|---|---|---|---|
| **137** | Various Botany Surveys for Whitebird Units 9, 25, 27, 32, 33, 40, 41 | Irrelevant; Not Authenticated. | |
| **138** | Various Mollusk surveys for Whitebird Units 9, 25, 27, 32, 33, 40, 41, 42(R/W) | Irrelevant; Not Authenticated. | |