**U.S. Department of Justice**

Civil Division

JED:BGS:JMStentiford
DJ No. 154-05-708

Telephone: (202) 616-0341
Facsimile: (202) 514-8624

*Washington, D.C. 20530*

May 22, 2008

Via Electronic Delivery and U.S. Mail

Gary G. Stevens
Saltman & Stevens, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006

Re: Scott Timber Company v. United States, Fed. Cl. No. 05-708C

Dear Mr. Stevens:

I wanted to update you on the status of the retired federal employees that you have indicated you intend to call at trial in the above-referenced case.

Cheryl McCaffrey will be available only on July 7 or 8, which is the first week that we will be in Portland. Your witness list states that you expect her testimony to take less than an hour, so this should not present a problem.

Owen Schmidt is available only the week of July 7, 2008; he is unavailable the week of July 14, 2008.

As you know, several of the individuals you have identified are retired from the Government and I cannot guarantee their presence at trial. Richard Holthausen, who lives in Arizona, and Don Knowles, who lives in North Carolina, have expressed their unwillingness to appear for trial. Michael Gippert has stated that he is willing to appear, but wants to be allowed to appear by telephone as he lives in Florida. Your witness list states that you expect his testimony to take less than an hour, so this would not be overly inconvenient.

We have not yet located Paul Brouha or Nancy Graybeal, or Don Ostby. The Forest Service is attempting to make contact wtih these individuals, but I cannot guarantee their presence as trial as they are all retired.

Please call me at (202) 616-0341 if you have any questions.

Very truly yours,

Joan M. Stentiford
Trial Attorney
Commercial Litigation Branch
Civil Division

cc:

Rebecca Harrison
OCG
Department of Agriculture
1734 Federal Building
1220 S.W. Third Avenue
Portland, OR 97204-2825