EXHIBIT A – LIST OF DEFENDANT'S COUNTER-DESIGNATIONS

Scott Timber Co. v. United States – Case No. 05-708C

Deposition of Susan M. Zike
January 4, 2007

Page:Line

18:16-19:2
22:3-4
26:11-22
32:5-10
44:13-14
50:9-10.
51:15-20

Blue Lake Forest Products, Inc. v. United States – Case No. 01-570C

Deposition of Susan M. Zike
August 20, 2007

6:1-7
22:20-23
262:16-19