# EXHIBIT B

UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - -x
BLUE LAKE FOREST PRODUCTS, INC., :
Plaintiff, :
vs. : No. 01-570C
THE UNITED STATES, : (Judge Williams)
Defendant. :
- - - - - - - - - - - - - - - - -x
TIMBER PRODUCTS COMPANY, :
Plaintiff, :
vs. : No. 01-627C
THE UNITED STATES, : (Judge Williams)
Defendant. :
- - - - - - - - - - - - - - - - -x
CLR TIMBER HOLDINGS, INC., :
Plaintiff, :
vs. : No. 04-501C
THE UNITED STATES, : (Judge Williams)
Defendant. :
- - - - - - - - - - - - - - - - -x

DEPOSITION OF EDWARD BOLING

Washington, DC

Friday, August 24, 2007

REPORTED BY: JULIE BAKER

24557
JB



Q When did settlement negotiations begin between the government and the ONRC action plaintiffs?

A I think your Plaintiff's Exhibit 30 is probably the best evidence of that. It references a response to a letter of September 3rd that I sent to Michael Axline on its first page asking him to follow through on his August 7 commitment to identify timber sales that do not comply with the Northwest Forest Plan.

So we had some discussion with him on August 7th, and I believe -- that right there is the earliest I've seen of that. It would be probably sometime between July 27th, Plaintiff's Exhibit 21. It doesn't look like I had any discussions with him at that point, and August 7th.

Q Did there come a time after that when it became apparent to the government there was not going to be a settlement of the case?

A Yes.

Q Did that occur sometime in December of 1998?

24557
JB



A That's my recollection. It was sometime in November, December of 1998. That was the first attempt at settlement. Of course, you have to distinguish that from ultimately the settlement occurred subsequent after Judge Dwyer's order.

Q Exactly. Exactly.

Did you ask the Forest Service not to award any timber sales that appeared on the ONRC action plaintiffs' list of problem sales or at-risk sales while these settlement negotiations were going on?

A I don't recall if I asked the Forest Service to hold off on the award of timber sales. I do recall that some action was suspended on some timber sales that had been identified by the plaintiffs to facilitate the settlement discussions, September through November of 1998.

Q Did the Justice Department have an agreement with the plaintiffs that it would not award -- the government would not award certain sales?

A I don't recall any specific agreement. I

Forw: ONRC Action: end of delay period Dec. 3 - DOJ request

From: Susan Zike
To: Susan L. Carter /r6pnw,wenatchee
To: Jan Flatten /r6pnw,okanogan
To: Jamie R. HansenMurray /r6pnw,mbs
To: Ward Hoffman /r6pnw,olympic
To: Fred Dorn /r6pnw,ro

Forw: ONRC Action: end of delay period Dec. 3 - DOJ request

I'm hoping my earlier message to you all is attached... this system still baffles me! The bottom line is this: before you award any of the sales listed in the attached chart, please give me, Devlin, Peggy, Owen Schmidt and Ted Boling (ted.boling@usdoj.gov) an e-mail message at least 7 days in advance. RO will be scheduling a conf call with al of you next week re: the award of these sales in general. Any q' call: 503-808-2257

—

Susan M. Zike
R6 Litigation Coordinator
503-808-2257
503-808-2255 FAX
DG szike/r6pnw,fs
email szike/r6pnw@fs.fed.us

This message
- Distribution list (1936 bytes)
- Message_Body (570 bytes)
- 9-17_listall_delayinfo.aw (262580 bytes)
- ONRC Action: end of delay period Dec. 3 - DOJ request

Released Pursuant to
Court of Federal Claims
Order of 3/29/07

0 1745

A-515

PLAINTIFF'S EXHIBIT 56

PLAINTIFF'S EXHIBIT 95

Part 1

TO: DISTRIBUTION (Title: Distribution list)

Part 2

I'm hoping my earlier message to you all is attached... this system still baffles me! The bottom line is this: before you award any of the sales listed in the attached chart, please give me, Devlin, Peggy, Owen Schmidt and Ted Boling (ted.boling@usdoj.gov) an e-mail message at least 7 days in advance. RO will be scheduling a conf call with al of you next week re: the award of these sales in general. Any q' call: 503-808-2257

*****
Susan M. Zike
R6 Litigation Coordinator
503-808-2257
503-808-2255 FAX
DG szike/r6pnw:fs
email szike/r6pnw@fs.fed.us
**********

Part 3

This item is of type Applix Words and cannot be displayed as TEXT

Part 4

Part 4.1

TO: DISTRIBUTION (Title: Distribution list)

Part 4.2

Govt's promise to delay the award of certain timber sales pending settlement ends on Dec 3. Settlement of the case does not appear likely. To be prepared for what legal manueverings ONRC might employ (motion for a broad prel. inj. is likely), DOJ Ted Boling requested today that the Forest Service give him a 5 day notice before awarding any of the sales listed by ONRC in their 9/17/98 letter. (I have attached the infamous sideways chart of these sales for your convenience!).

If you intend to award any of the listed sales, please e-mail the notice to me, Peggy Kain, Bob Devlin, Owen Schmidt (oschmidt@att.net) and Ted (ted.boling@usdoj.gov) at least 7 days before the award letter is to be sent to the purchaser to account for computer down time and other delays.

Please keep in mind (as CO's always do) the liability that may come to the USFS if the sale is awarded and then enjoined. Is there a need for a regional conf call re: the award question? I'm thinking we need to at least air the needs and risks of going forward. Please let me know. As usual, we want Ted up to speed on our plans and you all have been so helpful keeping us posted.

Thanks!

*****
Susan M. Zike
R6 Litigation Coordinator
503-808-2257
503-808-2255 FAX
DG szike/r6pnw:fs
email szike/r6pnw@fs.fed.us
**********

Released Pursuant to
Court of Federal Claims
Order of 3/29/07

Part 4.3

This item is of type Applix Words and cannot be displayed as TEXT

0 1746

Subject: ONRC Action: process to award sales named by plaintiffs
Sender: Susan Zike /r6pnw
Attached Date: 12/04/98 17:25
Priority: normal
Sensitivity: normal
Importance: normal

Part 1

TO: DISTRIBUTION (Title: Distribution list)

Part 2

Alan Wood (BLM case coord) and I rec'd a letter from DOJ Boling explaining the status of the lawsuit and making it clear that USFS and BLM are free to award sales that were the subject of settlement discussions during the past 3 months. However, he requests that DOJ be kept informed (at least 5 days notice) of the agencies' plans to make any such award with the following info: 1) review of issues in Plaintiffs' appeal of sale and lawsuit issues with OGC; 2) tell DOJ OGC's opinion of risk of ONRC using the sale to be awarded as a basis for a TRO or Pre. Inj; 3) compile admin. rec for t.e sale to be awarded; and 4) complete all prerequisites to make the award. He ..equests that this info be made available ASAP for only those sales that any of the plaintiffs appealed and we intend to award in the next 30 days. (Devlin/Kain: I put copy of this letter on your chairs)

This request by DOJ is in anticipation of ONRC seeking a Pre. Inj of either "any" sale or specific sales (already awarded or recently awarded) that would be implemented in FY99 for which FY99 s/m surveys were not done. I think DOJ concern is that we need to on the firmest ground possible before we award a sale that ONRC has expressed an FY99 S/M concern. We don't want any NEPA/NFMA blows in defending a recently awarded sale. While we can't modify the admin. rec. any sale, we can make sure at this juncture that before we make the award all of our procedures are clean.

I know that the WIN wants to award Spencer and Long and the MTH wants to finalize the agreement with purchasers on Bars ATV. So those forests need to put together the info to answer #1 -4 above and get it into Devlin, Kain and me. Along with the forest and OGC, lets figure out the risk we're running and advise DOJ according.

The above process REPLACES my message to you earlier this week about giving DOJ, OGC and me 7 day email notice. Sorry for the confusion!

*****
Susan M. Zike
R6 Litigation Coordinator
503-808-2257
503-808-2255 FAX
DG szike/r6pnw:fs
email szike/r6pnw@fs.fed.us
**********

Released Pursuant to
Court of Federal Claims
Order of 3/29/07

0169

PLAINTIFF'S EXHIBIT 59 8-20-07 SKK

PLAINTIFF'S EXHIBIT 96

Subject: Award Of Jack Heli TS
Sender: Edward L. Matthews /r5,klamath
Attached Date: 12/02/98 15:39
Priority: normal
Sensitivity: normal
Importance: normal

Part 1

TO: bstone / r5

CC: bcox
ematthews

Part 2

Brian: I am planning on awarding the above sale on 12/18/98. Ed

Released Pursuant to
Court of Federal Claims
Order of 3/29/07

U.S. Department of Justice

Environment and Natural Resources Division

General Litigation Section

P.O. Box 663
Washington, DC 20044-0663

Telephone (202) 305-0504
Facsimile (202) 305-0506

90-1-4-09179

December 4, 1998

**ATTORNEY-CLIENT COMMUNICATION**

Sue Zike, Esq.
Litigation Coordinator
U.S. Forest Service Region 6
Robert Duncan Plaza
333 SW First Avenue
Portland, OR 97208-3623

Alan Wood
Forester
Oregon/Washington State Office
Bureau of Land Management
P.O. Box 2965
Portland, OR 97208-0039

Re: Oregon Natural Resources Council Action v. U.S. Forest Service and BLM, Civ. No. C98-942 (W.D. Wash.)

Dear Sue and Al:

This is to make clear our request for information regarding timber sale awards that may become the subject of an emergency injuction motion in the above-captioned matter. As of today, we have no agreement with plaintiffs to hold on to the award of any timber sales. Therefore, the Forest Service and BLM are free to award pursuant to applicable law and the exercise of sound discretion.

However, it is essential to the defense of this matter that the Department of Justice be kept informed of the status of pending timber sale awards, particularly the date on which the agency is, in fact, going to award. Forest Service and BLM should tell us that date after 1) having reviewed the issues common to the administrative appeal and the ONRC Action suit with agency counsel (Owen Schmidt and Roger Nesbit), 2) communicated to us its judgment that the award of the sale is worth the risk that the sale will be used by plaintiffs as an example in an emergency motion to enjoin all sales in the area of the Northwest Forest Plan, 3) compiled the essential elements of the administrative record that we will need to defend against such a motion (e.g., have the EA/FONSI and appeal records where they can be copied and sent to DOJ on 1 day notice) and, 4) completed all

Released Pursuant to
Court of Federal Claims
Order of 3/29/07

contracting prerequisites. This information should be reported as soon as possible (we request 5 business days notice before the award) and updated whenever the status of a timber sale changes. This request only applies to timber sales that have been appealed by plaintiffs and are going to be awarded in the near future (one month at most).

Please let us know if you need any clarification. Thank you for all your help.

Sincerely,

Edward A. Boling
John Watts
Trial Attorneys

cc: Owen Schmidt
Roger Nesbit

Released Pursuant to
Court of Federal Claims
Order of 3/29/07