IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: June 17, 2008)

SCOTT TIMBER, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Plaintiff's Motion For An Order Admitting certain Deposition Transcripts, Accompanying Deposition Exhibits, and Answers to Interrogatories As Party Admissions. The defendant has filed a response and plaintiff has filed a reply.

Plaintiff's motion is GRANTED IN PART. The motion is granted insofar as designated deposition testimony of Susan Zike and Edward Boling is concerned. Plaintiff has made the showings required by Fed. R. Evid. 801(d)(2)(D) in this connection. However, the designated deposition testimony shall be read into the record during the trial, along with the counter-designations provided by defendant. Defendant shall retain the right to object to the admission into evidence of particular portions of the deposition testimony of Ms. Zike and Mr. Boling.

The motion is also granted respecting defendant's answers to interrogatories. However, those answers shall be put into evidence during the trial as an identified exhibit.

The motion also is DENIED IN PART. It is denied respecting the exhibits to Ms. Zike's and Ms. Boling's depositions, without prejudice to renewal at trial. During the reading of the deposition transcripts into evidence, either plaintiff or defendant may move for the admission of particular exhibits regarding which an appropriate foundation for admission has been made. The court will act on such motions at that time.

It is so ORDERED.

s/ Charles F. Lettow
Judge