IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: June 17, 2008)

| | |
|---|---|
| SCOTT TIMBER, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is plaintiff's motion for an order authorizing trial subpoenas for witnesses who reside more than 100 miles from the place of testimony. Defendant has filed an opposition to that motion and plaintiff has submitted a reply.

Good cause having been shown, plaintiff's motion is GRANTED IN PART. Trial subpoenas may be issued pursuant to Rule 45 of the Rules of the Court of Federal Claims ("RCFC") for Michael Gippert, Richard Holthausen, Paul Brouha, Thomas Hussey, Neal Forrester, Brenda Woodard, Steve Nelson, Robert Devlin, John Hickenbottom, Larry Larsen, and Cheryl McCaffrey. However, it shall not be necessary for Messrs. Gippert, Holthausen, and Brouha to appear in person to testify. Rather, the testimony of Messrs. Gippert and Holthausen shall be received telephonically during the trial, *see* RCFC 45(c)(3)(B)(iii), and the trial testimony of Mr. Brouha shall be preserved by deposition taken in advance of trial and shall be read into evidence during the trial. *Id.*

It is so ORDERED.

s/ Charles F. Lettow
Judge