IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No.05-708C

(Filed: June 19, 2008)

SCOTT TIMBER COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court are plaintiff's Motion *In Limine* and defendant's Third Motion *In Limine*, both filed June 10, 2008. These motions are DENIED.

In so acting on these motions, the court takes account of the representations of both parties that they will not offer expert testimony at trial and the representation of defendant that it is not raising any affirmative defenses. Also, the relevance of any participation by representatives of the timber industry in commenting on draft clauses of timber contracts will be addressed at trial in the context of specific questions to witnesses or motions to admit exhibits. In this connection, based upon the Federal Circuit's decision in *Scott Timber Co. v. United States*, 333 F.3d 1358, 1368 (Fed. Cir. 2003), neither addition of clause C6.01 to the Forest Service's timber sale contract nor revisions of that clause appear to refer to clause C6.25. Nonetheless, defendant is not precluded from arguing relevance rather than subsequent remedial measures in objecting to evidence sought to be addressed by plaintiff during trial.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge