**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SCOTT TIMBER CO., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 05-708C (Judge Lettow) |

**PLAINTIFF'S EMERGENCY MOTION FOR A STATUS CONFERENCE TO CLARIFY THE SCOPE OF THE TELEPHONIC DEPOSITION OF PAUL BROUHA SCHEDULED FOR TODAY, MONDAY, JUNE 23, 2008 AT 4:30PM**

Plaintiff respectfully requests an emergency status conference before the Court to resolve the scope of plaintiff's deposition of Paul Brouha which the parties have scheduled for 4:30 p.m. today, Monday, June 23, 2008.

Plaintiff's position is that it is entitled to depose Mr. Brouha within the scope of the subject matter described for Mr. Brouha's testimony on plaintiff's witness list filed with the Court on May 7, 2008, namely:

> Government concerns and issues regarding the survey and manage litigation; facts and analysis contained in the "Brouha Memorandum," dated January 22, 1999, and related subjects; authentication and explanation of documents concerning Mr. Brouha.

Plaintiff understands that defendant's position is that the only document which plaintiff may use in the deposition with Mr. Brouha is plaintiff's trial exhibit 109, the "Brouha Memorandum."

Plaintiff does not anticipate that Mr. Brouha's deposition will be more than two hours in length, depending upon defendant's cross-examination and the time needed to refresh Mr. Brouha's recollection, if any.

The parties have agreed to postpone Mr. Brouha's deposition, if necessary, in order to obtain a ruling from the Court on this important issue.

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Ruth G. Tiger
Eric J. Pohlner
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: June 23, 2008