IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: June 23, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| SCOTT TIMBER COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

An emergency status conference was held on the record today at 4:30 p.m., and thus the court in effect GRANTED plaintiff's emergency motion for a status conference to clarify the scope of the telephonic deposition testimony of Mr. Paul Brouha.

During the conference today, the court specified that the scope of Mr. Brouha's deposition under Rule 27 of the Rules of the Court of Federal Claims would follow the subject matter listed for Mr. Brouha's testimony on plaintiff's Witness List filed previously in this action. In addition, the direct examination of Mr. Brouha during his deposition under Rule 27 to preserve his testimony is limited to 45 minutes. During the conference today, the parties also agreed that a declaration previously made by Mr. Brouha in another action may be added to plaintiff's Exhibit List in this action and that Mr. Brouha may be examined on the declaration during his deposition.

It is so ORDERED.

s/ Charles F. Lettow
Judge