IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SCOTT TIMBER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-708C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**OINT STIPULATIONS OF FACT**

1. The Jigsaw, Whitebird, and Pigout timber sale areas are located on the Umpqua National Forest within Region 6 of the National Forest System.

2. The Forest Service awarded the Jigsaw timber sale contract, no. 087467, to Scott Timber Company ("Scott") on July 8, 1999.

3. The Forest Service awarded the Whitebird timber sale contract, no. 087475, to Scott on July 8, 1999.

4. The Forest Service awarded the Pigout timber sale contract, no. 087459, to Scott on July 8, 1999.

5. Oregon Natural Resources Council Action et al. v. U.S. Forest Service and Bureau of Land Management, CV 98-942 WD, was filed on July 8, 1998 in the U.S. District Court for the Western District of Washington, Judge William Dwyer presiding.

6. On August 26, 1999, Judge Dwyer issued an injunction prohibiting the Forest Service and the Bureau of Land Management from approving any plan of operations for or proceeding with the operation of 25 timber sales, including

Jigsaw, Whitebird, and Pigout.

7. By letter dated August 31, 1999, the Forest Service informed Scott that, in an order dated August 26, 1999, U.S. District Judge Dwyer enjoined the Forest Service from approving a plan of operations for or proceeding with the operation of the Jigsaw, Whitebird, and Pigout timber sales. The Forest Service informed Scott that, pursuant to CT6.01 – Interruption or Delay of Operations, the Forest Service would not approve a plan of operations for the Jigsaw, Whitebird, and Pigout timber sales. The Forest Service also informed Scott of its right to request a temporary reduction in the downpayment pursuant to CT4.222 – Temporary Reduction of Downpayment, if the delay continued for more than 60 consecutive days.

8. By letter dated June 11, 2002, the Forest Service informed Scott that the suspension of the Pigout timber sale was lifted. The Forest Service informed Scott that as a result of the suspension Scott lost two Normal Operating Seasons plus 61 days, from August 31, 1999 to October 31, 2001.

9. By letter dated June 9, 2003, the Forest Service informed Scott that the suspension of the Jigsaw timber sale was lifted.

10. By letter dated June 9, 2003, the Forest Service informed Scott that the suspension of the Whitebird timber sale was lifted, except for Unit 40. The Forest Service had located one red tree vole nest in Unit 40, which needed to be protected by deleting approximately 5 acres from the unit. The Forest Service informed Scott that after field review by Scott, the Forest Service would proceed with the necessary adjustments to the sale.

11. On November 9, 2004, Scott submitted three separate Contract Disputes Act ("CDA") certified claims for damages to Brenda Woodard, contracting officer for the Jigsaw, Whitebird, and Pigout timber sale contracts.

12. Ms. Woodard received Scott's certified claims for the Jigsaw, Whitebird, and Pigout timber sale contracts on November 10, 2004.

13. Ms. Woodard issued a final decision regarding the claim for the Pigout timber sale on April 29, 2005.

14. Ms. Woodard issued a final decision regarding the claim for the Jigsaw timber sale on April 29, 2005.

15. Ms. Woodard issued final decision regarding the claim for the Whitebird timber sale on April 29, 2005.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit

s/Gary G. Stevens
Gary G. Stevens
Saltman & Stevens, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20008
(202) 452-2140

Of Counsel:
Ruth G. Tiger
Eric J. Pohlner

1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 616-0341
Fax: (202) 514-8624

Attorneys for Plaintiff

s/Ellen M. Lynch

ELLEN M. LYNCH
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 353-7994
Fax: (202) 514-8624

June 24, 2008

Attorneys for Defendant