**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SCOTT TIMBER CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 05-708C |
| THE UNITED STATES, | ) | (Judge Lettow) |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO QUASH PLAINTIFF'S TRIAL SUBPOENA FOR JOAN STENTIFORD**

On June 17, 2008, the Court issued an Order allowing plaintiff to introduce at trial as substantive evidence in the form of an identified exhibit defendant's answers to plaintiff's interrogatory nos. 2, 3, 4. 6, 7, 8, 11, 12, 13, 15, 19, 20 and 21 as admissions by party opponent. In addition, in paragraph 4 of the Court's Final Pre-Trial Order of June 20, 2008, the Court acknowledged that the parties were not aware at the time of the Pre-Trial Conference of any issues related to the authenticity of any proposed trial exhibits and ordered that all documents produced in discovery are presumed to be authentic other than handwritten notes which will be deemed authentic if supported by appropriate testimony, recognizing that the presumption of authenticity may be rebutted by appropriate evidence. From defendant's motion, it appears that defendant will not dispute the authenticity of any of the documents it produced in discovery. In light of the Court's rulings and defendant's representations, plaintiff withdraws its subpoena and does not plan to call Ms. Stentiford as a witness. Defendant's motion is therefore moot.

Respectfully submitted,

s/Gary G. Stevens

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Ruth G. Tiger
Eric J. Pohlner
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: June 28, 2008