IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: June 30, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

SCOTT TIMBER COMPANY, )

Plaintiff, )

v. )

UNITED STATES, )

Defendant. )

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending before the court is Defendant's Motion to Quash Plaintiff's Trial Subpoena for Joan Stentiford, filed June 26, 2008. This motion is DENIED as moot.

It is so ORDERED.

s/ Charles F. Lettow
Judge