IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: July 3, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

SCOTT TIMBER COMPANY, )

Plaintiff, )

v. )

UNITED STATES, )

Defendant. )

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending before the court is Defendant's Motion to Quash Plaintiff's Trial Subpoena for Carl Holton, filed June 27, 2008. This motion is DENIED for the reasons stated on the record at trial on July 1, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge