IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-708C

(Filed: July 14, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

SCOTT TIMBER COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

# POST-TRIAL SCHEDULING ORDER

In light of the discussions with counsel at the conclusion of the trial held June 30 - July 2, 2008, and July 7 - 11, 2008, the court adopts the following schedule for post-trial briefing and closing argument in this case:

| Event | Deadline |
|---|---|
| Plaintiff's post-trial brief (no more than 40 pages in length) | August 29, 2008 |
| The government's post-trial responsive brief (no more than 40 pages in length) | October 10, 2008 |
| Plaintiff's post-trial reply (no more than 20 pages in length) | November 7, 2008 |
| Closing argument | November 25, 2008, commencing at 2 p.m. at the National Courts Building in Washington, D.C. |

The particular courtroom to be used for the closing argument will be listed in the lobby of the courthouse on the day of the proceeding.

It is so ORDERED.

s/ Charles F. Lettow
Judge