# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SCOTT TIMBER COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Docket No. 05-708C |
| UNITED STATES, | ) | |
| Defendant. | ) | |

Courtroom 6, Room 507
National Courts Building
717 Madison Place NW
Washington, D.C.

Bankruptcy Courtroom
1001 S.W. 5th Avenue
Portland, Oregon

6/30/08 - 7/11/08

The hearing in the above-entitled matter was convened pursuant to notice.

BEFORE: HONORABLE CHARLES J. LETTOW
Judge

APPEARANCES:

On Behalf of the Plaintiff:

GARY G. STEVENS, Esquire
RUTH G. TIGER, Esquire
ERIC J. POHLNER, Esquire
Saltman & Stevens, P.C.
1801 K Street, N.W., Suite M-110
Washington, D.C. 20006
(202) 452-2140

APPEARANCES: (cont'd.)

On Behalf of the Defendant:
JOAN STENTIFORD, Esquire
ELLEN LYNCH, Esquire
CHRISTINE ANDERSON, Agency Representative
LISA AKIN, Legal Assistant
U.S. Department of Justice
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
(202) 616-0341

Also on behalf of the Defendant
LORI POLIN JONES, Esquire
U.S. Department of Agriculture
Office of the General Counsel
1400 Independence Avenue, S.W.
South Building, Room 3351
Washington, D.C. 20250
(202) 690-0167

C O N T E N T S


| WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS | VOIR DIRE |
|---|---|---|---|---|---|
| For the Plaintiff: | | | | | |
| Edward Boling | 136 | -- | -- | -- | -- |
| | -- | 273 | -- | -- | -- |
| Michael Gippert | 282 | -- | -- | -- | -- |
| Richard Holthausen | 339 | 359 | -- | -- | 388 |
| | -- | 390 | -- | -- | 391 |
| | -- | -- | 393 | -- | -- |
| Randy Pew | 403 | 420 | -- | -- | -- |
| Carl Holton, Jr. | 429 | -- | -- | -- | 433 |
| | 434 | -- | -- | -- | -- |
| Michael James Bormuth | 622 | 665 | -- | -- | 677 |
| Thomas D. Hussey | 691 | 786 | 798 | -- | -- |
| Neal William Forrester | 803 | -- | -- | -- | -- |
| Cheryl Anne McCaffrey | 823 | -- | -- | -- | -- |
| Brenda L. Woodard | 866 | 962 | -- | -- | -- |
| Owen Schmidt | 996 | --- | -- | -- | -- |
| Allyn C. Ford | 1513 | 1530 | 1573 | -- | -- |
| Lawrence P. Larsen | 1588 | -- | -- | -- | -- |

C O N T E N T S

| WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS | VOIR DIRE |
|---|---|---|---|---|---|
| For the Defendant: | | | | | |
| Richard Fitzgerald | 557 | 579 | -- | -- | -- |
| Robert James Devlin | 1043 | 1113 | 1141 | 1152 | -- |
| | 1153 | -- | -- | -- | -- |
| Susan Marie Zike | 1160 | -- | -- | -- | -- |
| | 1288 | 1387 | 1394 | -- | -- |
| Nancy Graybeal | 1397 | 1417 | -- | -- | -- |
| Steven Robert Nelson | 1421 | 1461 | -- | -- | -- |
| | 1485 | -- | -- | -- | -- |

E X H I B I T S

PLAINTIFF'S

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-1 | 344 | 359 | Appendix J-2 (partially completed) |
| PX-3 | 149 | 150 | Record of decision for the Northwest Forest Plan |
| PX-5 | 827 | 827 | Email re: Survey and Manage Strategies 2-4 |
| PX-8 | 349 | 352 | 12/1/94 handout |
| PX-9 | 833 | -- | Meeting Notes on Intent of Survey and Manage Strategies in ROD |
| PX-13 | 704 | 724 | 1/17/1996 Scott Deposition (1/2007) Exhibit 2A |
| PX-24 | 733 | 735 | 8/16/1996 Scott Deposition (1/2007) Exhibit 13 |
| PX-25 | 747 | 748 | 8/28/1996 Scott Deposition (1/2007) Exhibit 14 |
| PX-26 | 840 | 841 | Survey and Manage Current Implementation Issues |
| PX-27 | 752 | 753 | Survey and Manage Questions |
| PX-28 | 759 | 759 | 8/28/1996 Scott Deposition (1/2007) Exhibit 74 |

## E X H I B I T S

PLAINTIFF'S (cont'd)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-29 | 760 | 769 | 9/1/1996 Scott Deposition (1/2007) Exhibit 14A |
| PX-30 | 1630 | 1633 | Survey and Manage Current Implementation Issues |
| PX-31 | 1633 | 1636 | Fax re: latest version of the matrix |
| PX-35 | 773 | 773 | 9/23/1996 Scott Deposition (1/2007) Exhibit 66 |
| PX-36 | 1643 | 1646 | Fax re: Survey and Manage Implementation Draft |
| PX-38 | 778 | 779 | 10/22/1996 Scott Deposition (1/2007) Exhibit 19 |
| PX-39 | 146 | 148 | Forest Service, BLM joint instruction memorandum |
| PX-41 | 139 | 146 | Joint BLM and Forest Service memorandum |
| PX-43 | 782 | 783 | 6/17/1997 Scott Deposition (1/2007) Exhibit 25A |
| PX-51 | 172 | 173 | Letter dated 7/29/90 |
| PX-53 | 289 | 1177 | Fax re: Attached is a draft DOJ letter to ONRC Action's attorney |

E X H I B I T S

PLAINTIFF'S (cont'd)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-55 | 1187 | 1192 | Fax transmitting Michael Axline's complete letter re: timber sales of concern |
| PX-56 | 1195 | 1200 | Email re: need to gather pertinent information on 200 USFS and BLM sales listed by Michael Axline |
| PX-59 | 1204 | 1207 | Email re: reminder that the list of sales and chart are privileged information and not available to the public |
| PX-60 | 785 | 1055 | Memorandum dated 9/11/98 |
| PX-65 | 78 | 178 | Facsimile to Ms. Schiffer and Mr. Coppelman from Mr. Boling |
| PX-71 | 1082 | 1082 | Email re: Forest Service still working with DOJ and OGC lawyers on settlement discussions with the ONRC Action plaintiffs |
| PX-73 | 187 | 195 | Letter to Mr. Axline and his cocounsel dated 10/26/98 |

E X H I B I T S

PLAINTIFF'S (cont'd)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-75 | 1218 | 1220 | Memorandum re: ONRC Action: government counter-offer and Blue Lake Deposition (8/2007) Exhibit 38, excerpts |
| PX-76 | 1208 | 1210 | Memorandum re: ONRC Action counter-offer letter from DOJ to ONRC Action |
| PX-80 | 1212 | 1213 | Email re: Attached is the edited version of the MTH sales from the 9/17 list from ONRC Action, excerpts |
| PX-84 | 874 | 876 | Letter re: Delaying award of Prairie Thin Timber Sale, Contract No. 087483 |
| PX-86 | 290 | 1233 | Letter from Sue Zike |
| PX-87 | 1239 | 1242 | Email re: Su Zike briefing paper |
| PX-88 | 1094 | 1106 | Memorandum re: ONRC Action (Northwest Forest Plan - Survey/Manage lawsuit settlement) |
| PX-89 | 1013 | 1261 | Email re: Ted Boling's Answers to Questions re: Schiffer's and Coppelman's Concerns |
| PX-90 | 200 | 202 | Fax cover sheet to Mr. Boling from Ms. Bear |
| PX-91 | 480 | 1094 | Sue Zike handwritten notes |

E X H I B I T S

PLAINTIFF'S (cont'd)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-92 | 1011 | 1086 | Email re: non-decision from Lois Schiffer |
| PX-95 | 1299 | 1299 | Email re: ONRC Action end of delay period 12/3 DOJ request |
| PX-96 | 185 | 187 | Email message and letter to Ms. Zike |
| PX-97 | 1307 | 1308 | Email re: ONRC Action: info needed to determine award of pending sales |
| PX-98 | 1020 | -- | Email re: ONRC Action: WO briefing and sales award |
| PX-99 | 334 | 336 | Draft of Brouha memo |
| PX-101 | 1315 | 1316 | Memorandum re: Assessing ONRC Action named sales for award, excerpts |
| PX-102 | 336 | 337 | 12/11/98 draft from Mr. Brouha |
| PX-109 | 334 | 334 | Draft of Brouha memo |
| PX-110 | 1325 | 1329 | Email re: ONRC Action lawsuit: process to determine which sales to award |
| PX-113A | 536 | 1335 | E-mail contents between Sue Zike and Bob Devlin |
| PX-115 | 882 | 884 | Email re: Government Promises to ONRC Action |

E X H I B I T S

PLAINTIFF'S (cont'd)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-116 | 202 | 203 | Letter from Mr. Boling addressed to the Regional Foresters for the Forest Service for Region 5 and Region 6 |
| PX-118 | 906 | 906 | Letter re: Intent to award timber sales in ONRC Action |
| PX-119 | 907 | 908 | Letter re: Intent to award timber sales in ONRC Action |
| PX-120 | 1341 | 1342 | Email re: ONRC Action: update |
| PX-121(a) | 909 | 911 | Memorandum re: Sales listed in ONRC Action Lawsuit that are ready to award as of 6/16/99 |
| PX-121 | 1344 | 1346 | Email re: ONRC Action/ALA I/ALA II: probable sales to try to award |
| PX-122 | 1348 | 1350 | Email re: ONRC Action: Upper South Fort timber sale, excerpts |
| PX-125 | 215 | 1111 | Letter to Mr. Boling signed by Robert Devlin on behalf of Nancy Graybeal and a fax to Mr. Boling from Ms. Zike |
| PX-128 | 218 | 229 | Letter to Mr. Boling and Mr. Watts dated 7/6/99 |
| PX-129 | 919 | 923 | Email re: ONRC Action: WO briefing paper |

E X H I B I T S

PLAINTIFF'S (cont'd)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-132A | 1366 | 1367 | Email re: ONRC Action: WO briefing paper, excerpts |
| PX-139 | 943 | 947 | Email re: attached is a briefing paper can chart of the newly submitted list of sales from ONRC Action |
| PX-141 | 1367 | 1369 | Email re: ONRC Action: DOJ reply to ONRC's 7/6/99 At-Risk list and 10 day notice |
| PX-142 | 1372 | 1373 | Email re: ONRC Action: Injunctions requested against all sales |
| PX-143A | 1374 | 1374 | Memorandum re: ONRC Action: Rough estimate of awarded sales affected by Aug. 2 ruling |
| PX-143B | 1376 | 1376 | Memorandum re: ONRC Action: Volume of 17 sales before court on 8/25/99 |
| PX-143 | 41 | 42 | Opinion in ONRC Action case |
| PX-146 | 1377 | 1378 | Graybeal Briefing Paper |
| PX-148 | 292 | 294 | Poling fax |
| PX-149 | 43 | 43 | Opinion in Hartwood case |

# EXHIBITS

PLAINTIFF'S (cont'd)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-151 | 1378 | 1382 | Memorandum re: ONRC Action: Survey/Manage needs on enjoined awarded sales in R5/R6 |
| PX-154 | 232 | 441 | Memo to Ms. Schiffer dated 11/18/99 and declaration by Carl Holton |
| PX-155 | 244 | 253 | Stipulation for order dismissing action order |
| PX-157 | 254 | (rejected) p 258) | Letter addressed to Mr. Axline and Ms. Stilwell |
| PX-172 | 34 | 35 | Party opponent admissions and response to interrogatories (index not admitted) |
| PX-176A | 407 | 417 | Jenkins Multi-Product Thin timber sale contract |
| PX-176B | 406 | 417 | Forest service waiver |
| PX-178 | 728 | 729 | Scott Deposition (1/2007) Exhibit 11 |
| PX-179 | 771 | 772 | Scott Deposition (1/2007) Exhibit 17 |
| PX-180 | 837 | 838 | Draft - Implementation of Survey and Manage (Component 2) Requirements |

E X H I B I T S

PLAINTIFF'S (cont'd)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-182 | 1071 | 1072 | Email re: We have a process in place to agree at level one teams that documentation of consistency with NW Plan is adequate |
| PX-183 | 1652 | 1652 | Survey & Manage Component 2 Implementation Scenarios chart |
| PX-184 | 846 | 847 | Portion of Document re: "gray zone" |
| PX-185 | 1653 | 1653 | Memorandum re: Implementation of Survey and Manage Component 2 "Survey Prior to Ground-Disturbing Activities" Standard and Guideline |
| PX-188 | 333 | 333 | Brouha declaration |

E X H I B I T S

| DEFENDANT'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| DX-2 | 360 | 387 | FEMAT report excerpts |
| DX-25 | 963 | 964 | Procurement request and copy of ad in the Roseburg News Review |
| DX-27 | 1552 | 1557 | Letter re: Modification of Pigout Timber Sale Contract |
| DX-35 | 973 | 974 | Letter - Pigout Timber Sale, Contract No. 087459 |
| DX-37 | 1554 | 1557 | Letter - Pigout Timber Sale - Modification of contract to add CT9.110 |
| DX-38 | 1555 | 1557 | Letter enclosing agreement to modify Pigout contract |
| DX-41 | 977 | 978 | Letter - Pigout/TS, no longer enjoined, available for operation |
| DX-43 | 978 | 980 | Analysis of Effects of Survey and Manage Results for the Pigout Timber Sale |
| DX-44 | 1560 | 1562 | Letter - Pigout TS, annual plan of operation for Pigout, no logging activity planned for 2003 season |
| DX-48 | 1562 | -- | Letter - Pigout Timber Sale, annual plan of operations |

E X H I B I T S

DEFENDANT'S (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| DX-49 | 1468 | 1471 | Analysis of Effects of Survey & Manage Results for the Pigout Timber Sale |
| DX-50 | 963 | 964 | Text for newspaper ad |
| DX-55 | 673 | 678 | Peter C. Quast Document |
| DX-63 | 561 | 565 | Standard contract |
| DX-64 | 1564 | 1566 | Agreement to Modify Jigsaw Timber Sale Contract by adding CT0.110 |
| DX-67 | 975 | -- | Letter - Jigsaw, Pigout, Whitebird |
| DX-68 | 1563 | -- | Letter -- Jigsaw TS reducing down payment to $6684 |
| DX-70 | 1565 | 1566 | Letter - Jigsaw TS -- enclosing agreement to modify contract to add CT9.110 |
| DX-71 | 1565 | 1566 | Modification of Jigsaw TS - to reduce bond to $15,700 |
| DX-74 | 980 | 981 | Letter - Jigsaw Timber Sale, Contract No. 087467, now available for operations |
| DX-77 | 1570 | 1571 | Letter - Jigsaw TS 087467, Scott Timber Co., plans to have no activity on Jigsaw TS this operation season |

E X H I B I T S

DEFENDANT'S (cont'd)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
| --- | --- | --- | --- |
| DX-79 | 966 | --- | Timber Sale Prospectus, Umpqua National Forest, Whitebird Sale |
| DX-82 | 1567 | 1569 | Agreement to Modify Whitebird Contract by adding CT9.110 - Temporary Reduction of Performance Bond |
| DX-88 | 1568 | 1569 | Letter - Whitebird TS requesting reduction of down payment |
| DX-89 | 1567 | 1569 | Letter - Whitebird TS reducing down payment |
| DX-93 | 982 | 983 | Letter - Whitebird TS, Contract No. 087475, sale available for operations |
| DX-96 | 1128 | 1661 | 9/11/98 Forestry Newsletter |
| DX-97 | 1132 | 1661 | 12/16/98 Forestry Forum Newsletter |
| DX-98 | 1132 | 1661 | 3/19/99 Forestry Forum Newsletter |
| DX-104 | 1474 | 1477 | Interim Report - Status of Survey and Manage Species on Enjoined Sales January 2000 (5 pages) |
| DX-105 | 1427 | --- | Letter - Survey and Manage Survey Protocols - Bryophytes with attached Survey Strategy 2 Protocol Version 2.0 (13 pages) |

E X H I B I T S

DEFENDANT'S (cont'd)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
| --- | --- | --- | --- |
| DX-106 | 1429 | --- | Memo - Survey and Manage Protocols Lichens, with attachments |
| DX-109 | 852 | 862 | Memo - Extension of Draft Interim Guidance for Survey and Manage Component 2 Species |
| DX-130 | 1443 | 1445 | Survey and Manage Red Tree Vole Surveys |

E X H I B I T S (cont'd.)

| JOINT EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| JX-1 | 628 | 637 | Pigout Timber Sale Advertisement |
| JX-2 | 638 | 642 | Jigsaw Timber Sale Advertisement |
| JX-3 | 642 | 644 | Whitebird Timber Sale Advertisement |
| JX-4 | 625 | 625 | Whitebird Timber Sale Contract |
| JX-5 | 626 | 626 | Pigout Timber Sale Contract |
| JX-6 | 929 | 930 | Award Letter for Jigsaw Timber Sale |
| JX-7 | 929 | 942 | Award Letter, change of termination date of Whitebird Timber Sale Contract No. 087475 |
| JX-8 | 929 | 942 | Award Letter for Pigout Timber Sale |
| JX-9 | 985 | 987 | Jigsaw Claim Letter |
| JX-10 | 987 | 988 | Pigout Claim Letter |
| JX-11 | 986 | 987 | Jigsaw CO's Final Decision |

E X H I B I T S (cont'd.)

| JOINT EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| JX-12 | 988 | 990 | Letter - Whitebird Sale, Contract No. 087475, CO's Findings and Decision |
| JX-13 | 988 | 988 | Pigout CO's Final Decision |
| JX-16 | 989 | 990 | Record of Decision for Amendments |